# EXHIBIT C



US011018432B2

## (12) United States Patent
### Varjonen et al.

(10) Patent No.: **US 11,018,432 B2**
(45) Date of Patent: **May 25, 2021**

(54) **SLOT MODE ANTENNAS**

(71) Applicant: **Suunto Oy**, Vantaa (FI)

(72) Inventors: **Eero Varjonen**, Vantaa (FI); **Panu Perko**, Vantaa (FI); **Mikko Sepänniitty**, Vantaa (FI); **Erik Lindman**, Vantaa (FI)

(73) Assignee: **Suunto OY**, Vantaa (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/268,545**

(22) Filed: **Feb. 6, 2019**

(65) **Prior Publication Data**
US 2019/0245272 A1    Aug. 8, 2019

(30) **Foreign Application Priority Data**

Feb. 8, 2018 (FI) ...................................... 20185116
Feb. 8, 2018 (GB) ...................................... 1802093

(51) **Int. Cl.**
*H01Q 13/10* (2006.01)
*H01Q 1/27* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. *H01Q 13/10* (2013.01); *G01S 19/13* (2013.01); *G04G 21/04* (2013.01); *G04R 60/06* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............ A63B 24/0062; A63B 2220/12; A63B 2220/40; A63B 2225/54; A63B 60/46; A63B 2024/0065; A63B 2220/30; A63B 2220/50; A63B 2230/60; A63B 71/06; A63B 2220/56; A63B 2220/803; A63B 2220/807; A63B 2220/833; A63B 2225/15; A63B 2225/50; A63B 2230/04; A63B 69/18; A63B 69/36; A63B 69/38; A63B 71/0622; H01Q 1/273; H01Q 13/10;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,976,121 A    8/1976    Johnson
5,280,646 A    1/1994    Koyama et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    104051865 A    9/2014
CN    204116829 U    1/2015
(Continued)

*Primary Examiner* — Monica C King
(74) *Attorney, Agent, or Firm* — Laine IP Oy

(57) **ABSTRACT**

The invention concerns an assembly for an antenna operating in a slot mode. It is also directed to an electronic wristwatch-like device comprising such antennas. The antenna assembly comprises at least one circuit board of an electronic device, a conductive body arranged at a distance from said at least one circuit board, at least one feed element for coupling an electromagnetic signal between said conductive body and said circuit board, and wherein at least one conductive rim structure is running peripheral to at least one said circuit board. The conductive rim and the conductive body define at least one slot mode antenna between themselves. The length of a slot mode antenna is defined between two points at which said conductive body is connected to said conductive rim.

**26 Claims, 8 Drawing Sheets**



(51) **Int. Cl.**
*H01Q 1/38* (2006.01)
*G01S 19/13* (2010.01)
*G04G 21/04* (2013.01)
*G04R 60/06* (2013.01)
*H01Q 5/357* (2015.01)

(52) **U.S. Cl.**
CPC .............. *H01Q 1/273* (2013.01); *H01Q 1/38* (2013.01); *H01Q 5/357* (2015.01)

(58) **Field of Classification Search**
CPC ...... H01Q 1/48; H01Q 13/103; H01Q 13/106; H01Q 13/18; H01Q 1/2283; H01Q 1/243; H01Q 1/38; H01Q 1/42; H01Q 21/245; H01Q 5/328; H01Q 5/35; H01Q 5/357; H01Q 5/385; H01Q 7/00; H01Q 9/0421
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent Number | Date | Name |
|---|---|---|
| 5,673,054 A | 9/1997 | Hama |
| 5,754,143 A | 5/1998 | Warnagiris et al. |
| 5,946,610 A | 8/1999 | Hama |
| 6,373,439 B1 | 4/2002 | Zuercher et al. |
| 6,853,605 B2 | 2/2005 | Fujisawa et al. |
| 7,151,496 B2 | 12/2006 | Casagrande |
| 7,215,600 B1 | 5/2007 | Derosa |
| 7,271,774 B2 | 9/2007 | Puuri |
| 8,243,442 B2 | 8/2012 | Hobson et al. |
| 8,467,272 B2 | 6/2013 | Fujisawa |
| 9,450,297 B2 | 9/2016 | Sepänniitty et al. |
| 9,640,858 B1 | 5/2017 | Islam et al. |
| 9,647,338 B2 | 5/2017 | Nissinen et al. |
| 10,079,428 B2 | 9/2018 | Nissinen et al. |
| 10,271,299 B1 | 4/2019 | Sayem et al. |
| 10,594,025 B2 | 3/2020 | Nissinen et al. |
| 2002/0008663 A1 | 1/2002 | Suguro et al. |
| 2004/0108861 A1 | 6/2004 | Germiquet et al. |
| 2004/0179433 A1 | 9/2004 | Paratte |
| 2005/0054321 A1 | 3/2005 | Casagrande et al. |
| 2005/0174294 A1 | 8/2005 | Peroulis et al. |
| 2005/0219955 A1 | 10/2005 | Xu et al. |
| 2005/0243486 A1 | 11/2005 | Wingfiel et al. |
| 2006/0097918 A1 | 5/2006 | Oshiyama et al. |
| 2006/0227058 A1 | 10/2006 | Zellweger |
| 2007/0146218 A1 | 6/2007 | Turner et al. |
| 2008/0150816 A1 | 6/2008 | Rahola et al. |
| 2008/0291591 A1 | 11/2008 | Huang et al. |
| 2009/0256758 A1 | 10/2009 | Schlub et al. |
| 2009/0312655 A1 | 12/2009 | Lo |
| 2009/0312656 A1 | 12/2009 | Lau et al. |
| 2010/0023095 A1 | 1/2010 | Stevenson et al. |
| 2010/0238080 A1 | 9/2010 | Lindberg et al. |
| 2011/0013491 A1 | 1/2011 | Fujisawa |
| 2011/0051561 A1* | 3/2011 | Fujisawa .................. G04C 9/02 368/47 |
| 2011/0102274 A1 | 5/2011 | Fujisawa |
| 2011/0128200 A1 | 6/2011 | Hossain et al. |
| 2011/0148723 A1 | 6/2011 | Bengtsson |
| 2011/0316751 A1 | 12/2011 | Jarvis et al. |
| 2012/0105288 A1 | 5/2012 | Abe |
| 2012/0105888 A1 | 5/2012 | Nakayama |
| 2012/0120772 A1 | 5/2012 | Fujisawa |
| 2012/0146865 A1 | 6/2012 | Hayashi et al. |
| 2013/0181873 A1 | 7/2013 | Gutschenritter et al. |
| 2013/0210297 A1 | 8/2013 | Maas et al. |
| 2014/0085153 A1 | 3/2014 | Nagahama |
| 2014/0085154 A1 | 3/2014 | Nagahama |
| 2014/0139637 A1 | 5/2014 | Mistry et al. |
| 2014/0159989 A1 | 6/2014 | Malek et al. |
| 2014/0182148 A1 | 7/2014 | Heikkinen et al. |
| 2014/0225786 A1 | 8/2014 | Lyons et al. |
| 2014/0232603 A1 | 8/2014 | Fujisawa |
| 2014/0240181 A1 | 8/2014 | Mamuro et al. |
| 2014/0253150 A1 | 9/2014 | Menzel et al. |
| 2014/0253393 A1 | 9/2014 | Nissinen et al. |
| 2014/0253394 A1 | 9/2014 | Nissinen et al. |
| 2014/0266920 A1 | 9/2014 | Tran et al. |
| 2014/0266938 A1 | 9/2014 | Ouyang et al. |
| 2014/0306859 A1 | 10/2014 | Desclos et al. |
| 2014/0323063 A1 | 10/2014 | Xu et al. |
| 2014/0333494 A1 | 11/2014 | Huang |
| 2015/0048979 A1 | 2/2015 | Asrani et al. |
| 2015/0109172 A1 | 4/2015 | Iijima et al. |
| 2015/0188217 A1 | 7/2015 | Tsai et al. |
| 2015/0220066 A1 | 8/2015 | Fujisawa |
| 2015/0349410 A1 | 12/2015 | Russell et al. |
| 2016/0006109 A1 | 1/2016 | Apaydin et al. |
| 2016/0006110 A1 | 1/2016 | Jain et al. |
| 2016/0036120 A1 | 2/2016 | Sepänniitty et al. |
| 2016/0056533 A1 | 2/2016 | Nissinen et al. |
| 2016/0058375 A1 | 3/2016 | Rothkopf |
| 2016/0099497 A1 | 4/2016 | Lee |
| 2016/0254587 A1 | 9/2016 | Jung et al. |
| 2016/0308272 A1 | 10/2016 | Standke et al. |
| 2016/0344096 A1 | 11/2016 | Erentok |
| 2017/0179581 A1 | 6/2017 | Puuri et al. |
| 2017/0187096 A1 | 6/2017 | Hwang et al. |
| 2017/0214422 A1 | 7/2017 | Na et al. |
| 2018/0129168 A1 | 5/2018 | Chan |
| 2018/0287248 A1 | 10/2018 | Han et al. |
| 2018/0356861 A1 | 12/2018 | Ichikawa et al. |
| 2019/0058256 A1 | 2/2019 | Sepänniitty et al. |
| 2019/0072912 A1 | 3/2019 | Pandya et al. |
| 2019/0210703 A1 | 7/2019 | Sepänniitty et al. |
| 2019/0265655 A1 | 8/2019 | Naka et al. |

FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| CN | 104659493 A | 5/2015 |
| CN | 204424456 U | 6/2015 |
| CN | 104916915 A | 9/2015 |
| CN | 105093908 A | 11/2015 |
| CN | 105785757 A | 7/2016 |
| CN | 105870580 A | 8/2016 |
| CN | 106299606 A | 1/2017 |
| CN | 106463824 A | 2/2017 |
| CN | 104638361 B | 3/2017 |
| CN | 106711584 A | 5/2017 |
| CN | 107077101 A | 8/2017 |
| CN | 107425292 A | 12/2017 |
| CN | 110137669 A | 8/2019 |
| EP | 0745915 A2 | 12/1996 |
| EP | 0871238 A2 | 10/1998 |
| EP | 1178374 A2 | 2/2002 |
| EP | 1689023 A1 | 8/2006 |
| EP | 1806276 A2 | 7/2007 |
| EP | 2019448 A1 | 1/2009 |
| EP | 2056395 A1 | 5/2009 |
| EP | 2317602 A1 | 5/2011 |
| EP | 3242357 A1 | 11/2017 |
| FI | 20155124 A | 9/2015 |
| GB | 2089075 A | 6/1982 |
| GB | 2276274 A | 9/1994 |
| GB | 2431522 A | 4/2007 |
| JP | H04227301 A | 8/1992 |
| JP | H08330826 A | 12/1996 |
| JP | 2002261533 A | 9/2002 |
| JP | 3611591 B2 | 1/2005 |
| JP | 2009229368 A1 | 10/2009 |
| WO | WO2004038856 A1 | 5/2004 |
| WO | WO2011000438 A1 | 1/2011 |
| WO | WO2017088164 A1 | 6/2017 |
| WO | WO2018183678 A1 | 10/2018 |
| WO | WO2019135856 A1 | 7/2019 |

* cited by examiner



FIG. 1



FIG. 2



Fig. 3



FIG. 4



Fig. 5



Fig. 6



PRIOR ART

Fig. 7

Fig. 8

Fig. 9A
Prior art

Fig. 9B



Fig. 10



Fig. 11

# SLOT MODE ANTENNAS

## COPYRIGHT

A portion of the disclosure of this patent document contains material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## TECHNOLOGICAL FIELD

The present disclosure relates generally to an antenna apparatus for use in electronic devices such as wireless or portable radio devices, and more particularly in apparatuses using slot antennas.

## BACKGROUND OF THE INVENTION

Antennas are commonly found in most modern radio devices, such as mobile computers, portable navigation devices, mobile phones, smartphones, personal digital assistants (PDAs), wristwatches or other personal communication devices (PCD). Typically, these antennas comprise a planar radiating element with a ground plane that is generally parallel to the planar radiating element. The planar radiating element and the ground plane are typically connected to one another via a short-circuit conductor in order to achieve the desired impedance matching for the antenna. The structure is configured so that it functions as a resonator at the desired operating frequency. Typically, these internal antennas are located on a printed circuit board (PCB) of the radio device inside a plastic enclosure that permits propagation of radio frequency waves to and from the antenna(s).

More recently, it has been desirable for these radio devices to include a metal body or an external metallic surface. A metal body or an external metallic surface may be used for any number of reasons including, for example, providing aesthetic benefits such as producing a pleasing look and feel for the underlying radio device. However, the use of a metallic enclosure creates new challenges for radio frequency (RF) antenna implementations. Typical prior art antenna solutions, such as coupled antennas having radiator elements with a conductive ring-like structure, are not performing well in all cases e.g. due to inherent directivity in their radiation pattern. The fact that the metal housing and/or external metallic surface of the radio device acts as an RF shield which degrades antenna performance, particularly when the antenna is required to operate in several frequency bands, favors slot type antennas. Slot antennas are omnidirectional microwave antennas with linear polarization, and are used typically at frequencies between 300 MHz and 24 GHz.

Waveguide slot antennas usually have one or several longitudinal slots in the broad face of a standard rectangular waveguide, parallel to the length of the guide. A longitudinal slot cut into the wall of a waveguide interrupts the transverse current flowing in the wall, forcing the current to travel around the slot, which induces an electric field in the slot. The position of the slot in the waveguide determines the current flow. As the current in the walls of the guide are proportional to the difference in electric field between any two points, the position determines the impedance presented to the transmission line and the amount of energy coupled to the slot and radiated from the slot.

To make a slot antenna in a circular waveguide, such as one used in a watch-like GPS device or a wristop computer, an important design criteria is to locate the point of maximum electric field, which depends on the location of the slot along the periphery of the circular waveguide. In order to fix the alignment of the electric field in a circular waveguide, it must also be kept from rotating when encountering a discontinuity, such as a slot. The slot size, shape and the cavity behind are among the design variables that may be used to tune the performance.

In prior art solutions, antenna slots have been specially manufactured or created by dedicated parts and formations on the bezel and housing of wristwatch-like devices. In U.S. Pat. No. 7,271,774 is disclosed an example of an integral slot antenna formed in a conductive material portion of an outer housing of a wrist-wearable device.

Accordingly, there is a salient need for an antenna solution for use with a wearable or wrist worn radio device having an external metallic surface such as a bezel and a casing/body made of non-conductive material.

## SUMMARY OF THE INVENTION

The inventors of the present disclosure have made the surprising observation that a slot antenna can be created by a bezel made of a conductive material, such as a metal, and the periphery of a circuit board itself. This offers significant advantages, as the position of the antenna structure, including but not limited to the slot and feed point, can be used to optimize the radiation pattern and therefore the reception of GNSS (Global Navigation Satellite System) signals for dedicated uses and sports, e.g. for running, walking or cycling. GNSS systems include, but are not limited to, GPS, Glonass, Galileo and Beidou navigation systems.

According to one aspect of the invention, an assembly for an antenna operating in a slot mode is provided, where the assembly comprises at least one circuit board of an electronic device, a conductive body arranged at a distance from said at least one circuit board, at least one feed element for coupling an electromagnetic signal between said conductive body and said circuit board, and wherein at least one conductive rim structure located along at least part of the periphery of at least one said circuit board, wherein said conductive rim and said conductive body defines a slot mode antenna between themselves, and wherein the length of the slot mode antenna is defined between two connection points at which said conductive body is connected to said conductive rim.

According to some embodiments of the invention, the circuit board is arranged in a plane parallel to and at least partly aligned with said conductive body, and has at least along a part of its periphery a conductive layer at said ground plane.

According to some embodiments of the invention, the assembly comprises elements at two connection points that electrically connects said conductive body to said conductive rim structure and to said ground plane of said circuit board. The connection points are located at a first and a second end of said slot mode antenna.

According to some embodiments of the invention, the conductive body is a bezel being a part of the housing of a wristwatch-like device. The conductive body or bezel may have the shape of a ring, an ellipse, a rectangle, a square, or any other polygon.

According to some embodiments of the invention, the first and second connection points and at least one feed element in said wristwatch-like device is positioned approximately

between 3 and 9 o'clock, preferably between 5 and 9 o'clock along the periphery of the device.

According to some embodiments of the invention, the assembly may comprise more than two connecting points. The conductive body and the conductive may be arranged to define multiple slots between them. Each slot is then being defined between two connecting points and each slot may have a feed element between said connecting points, for example.

According to some embodiments of the invention, at least one slot in the assembly is adapted for the reception of a GNSS (Global Navigation Satellite System) signal. The GNSS signal may be a GPS, Glonass, Galileo and/or a Beidou signal, for example.

According to a second aspect of the invention, an electronic wristwatch-like device is provided, that comprises a housing, at least one circuit board inside said housing, a conductive bezel arranged at a distance from said circuit board as part of said housing, and at least one conductive rim structure located along at least part of the periphery of at least one said circuit board, and wherein said conductive rim and said conductive body defines at least one slot mode antenna between themselves, and wherein the length of a slot mode antenna is defined between two connection points at which said conductive body is connected to said conductive rim.

The inventive antenna assembly and wristwatch device is characterized by what is set forth in the appended claims. Further features of the present disclosure, its nature and various advantages will be more apparent from the accompanying drawings and the following detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

The features, objectives and advantages of the present disclosure will become more apparent from the detailed description set forth below, when taken in conjunction with the drawings, wherein:

FIG. **1** is presenting an assembly for an antenna operating in a slot mode, according to the principles of at least some embodiments of the present invention;

FIG. **2** is presenting an assembly for an antenna operating in a slot mode, according to the principles of some further embodiments of the present invention;

FIG. **3** is presenting a circular PCB that may be used with at least some embodiments of the present invention;

FIG. **4** shows an electronic wristwatch-like device mode in accordance with at least some embodiments of the present invention.

FIG. **5** shows an assembly for an antenna operating in a slot mode which may be useful in some embodiments of the present invention;

FIG. **6** shows an assembly for an antenna operating in a slot mode which may be useful in some further embodiments of the present invention;

FIG. **7** shows the accuracy of a prior art GPS antenna;

FIG. **8** shows the corresponding accuracy of an inventive slot mode GPS antenna;

FIGS. **9**A and **9**B show the RHCP radiation patterns of a prior art and an inventive antenna;

FIG. **10** shows an assembly for an antenna operating in a slot mode according to some embodiments of the present invention;

FIG. **11** shows an assembly for an antenna operating in a slot mode according to some other embodiments of the present invention.

DETAILED DESCRIPTION OF EMBODIMENTS

In FIG. **1** is shown an inventive assembly **10** for an antenna operating in a slot mode. The exemplary assembly comprises a circuit board (PCB) **12** for a device, such as sports watch or smart watch, and a body, such as a ring-formed bezel **11**, made of a conductive material and arranged on top of and in parallel to the PCB **12**. The gap having a distance D between them defines a slot that enables the assembly **10** to act as an antenna in a slot mode. The periphery of the PCB **12** is at least partly aligned with the outer shape of the bezel **11**, and has at least along a part of the periphery is a metallic layer (see FIG. **3**, item **33**) connected to the ground plane of the PCB **12**.

Obviously, the bezel may take the shape of a ring, an ellipse, a square, a rectangle, or any other polygon, for example. The shape of the PCB need then to be designed accordingly.

The exemplary assembly in FIG. **1** further comprises a feed element or pin **13** for coupling an electromagnetic signal between the slot mode antenna and the PCB **12**. In the embodiment shown in FIG. **1**, the feed element **13** is coupled between the bezel **11** and the PCB **12**. The element **13** may be implemented in a variety of ways, as a pin or pogo stick, simply as a jumper connection, or as a stud on the PCB making contact with the slot mode antenna structure at the edge of the PCB, possibly with a via conducting the signal further in a multilayer PCB, for example. Any of this variety of solutions may be used in any embodiment of the present invention, as required by design, manufacturing and signal gain considerations.

Pins **14** and **15** are connection points for grounding the conductive body **11** to a ground plane of the circuit board. The distance between the connection points **14** and **15** defines the length of the slot. The pins may be a simple jumper wire, or a spring loaded contact (pogo) pin, for example. The feed pins are preferably attached to the outer edge of the PCB, bezel or other structure to which is intended to make an electrical connection with, to facilitate easy tuning. Also other attachment points than the edges are possible, but may require more tuning of other related components.

According to some embodiments, pins **14** and **15** are to be considered as the physical representation of the connection points that connect the conductive body **11** to a ground plane of the PCB **12**. The pins may in some embodiments be integral parts of an insulating element (not shown) that is located between the PCB and the conductive body, as a support or otherwise. In some embodiments however, the elements containing the pins may be separate and located at the first and second ends of said slot to thereby define the slot antenna.

The assembly may in some embodiments have floating or insulated support pins (not shown) or an insulating ring that maintain the gap between the bezel **11** and PCB **12**. Alternatively, or in addition, the pin **15** may be connected to ground via a frequency selective circuit (e.g. a low-pass filter) or an electronic switch **16**. Thereby the same feed pin **13** may be configured to feed the same slot assembly with two different slot lengths, a shorter between pins **14** and **15** and a longer between pin **14** and **17**. Such an arrangement would make the antenna slot selectable or switchable and thus suitable for two different frequencies, as the electrical length of the slot seen by the feed point **13** is determined by pin **14** (counterclockwise) to pin **15** on one hand or by pin **14** to pin **17** on the other hand.

5

Turning now to FIG. 2, a similar assembly 20 is shown as in FIG. 1, but provided with two sections of the bezel 21 coupled separately to the PCB 22, thus providing two antennas operating in the slot mode. The length of a first slot mode antenna is defined by the section (counterclockwise) between the connection points or pins 24a-24c of the bezel 21, and the length of a second slot mode antenna is defined by the section between pins 24c-24b, correspondingly. Thus, a first slot mode antenna has grounding pins 24a and 24c. The feed element or pin 23a is located between the grounding pins, as shown.

A second slot mode antenna has a grounding pin 24b and a feed pin 23b located close to its second grounding pin 24c, as shown.

With different lengths of the bezel sections assigned to different antennas, they become tunable to different operating frequencies, and the electronic device they are connected to will thus be able to operate as a multi-band device.

A ground plane on a printed circuit board (PCB) is a large area or layer of copper foil connected to the circuit's ground point, usually one terminal of the power supply. It serves as the return path for current from many different components. A ground plane is often made as large as possible, covering most of the area of the PCB which is not occupied by circuit traces.

A large area of copper also conducts the large return currents from many components without significant voltage drops, ensuring that the ground connection of all the components are at the same reference potential. In digital and radio frequency PCBs, a reason for using large ground planes is to reduce electrical noise and interference through ground loops and to prevent crosstalk between adjacent circuit traces. In FIG. 3 is shown, for illustrative purposes, a typical circular PCB 30, with a microcontroller or -processor 31 and some copper wiring 32. According to an exemplary embodiment of the invention, the ground plane may be arranged as a copper brim 33 around the periphery of a circle-shaped PCB 30. This ensures the operation of an inventive slot-mode antenna as shown in FIGS. 1 and 2.

The processor 31 may comprise, for example, a single- or multi-core processor wherein a single-core processor comprises one processing core and a multi-core processor comprises more than one processing core. A processing core may comprise, for example, a Cortex-A8 processing core manufactured by ARM Holdings or a Steamroller processing core produced by Advanced Micro Devices Corporation. The processor 31 may comprise at least one Qualcomm Snapdragon and/or Intel Atom processor. Processor 31 may comprise at least one application-specific integrated circuit, ASIC. Processor 31 may comprise at least one field-programmable gate array, FPGA. Processor 31 may be means for performing method steps in the PCB 30.

In FIG. 4 is schematically shown an electronic wristwatch-like device 40 from above. A metallic bezel 41 encompasses the housing. Normally, during running and worn on the wrist, the device has a slot antenna running along the edge of the device, that is positioned mainly on a semi-circle sector having an arc length S between 3 and 9 o'clock. The radiation pattern of the antenna is then pointing upwards towards the sky, i.e. a satellite constellation.

The angular width (here used as a synonym to a central angle from the midpoint of a circle) of the slot antenna depends on the diameter of the device and on the materials used, where parameters such as the permittivity of dielectric materials affect the result. The angular width may be larger

6

or narrower than the suggested 180°, resulting in FIG. 4 in the arc length S between 3 and 9 o'clock. S may be written as

$$S = \frac{\alpha}{180}\pi R,$$

where S is the arc length, α is the central angle (in degrees) of a circle sector having the arc length S, and R is the radius of the same circle, here a circle-shaped slot antenna. The smaller the diameter of the device, the larger the angular width α should be in order to yield a specific arc length S.

In FIG. 4 is also indicated a narrower sector S' of some 120° between 5 and 9 o'clock, approximately. The inventors have found, in contrary to prior art solutions where feed pins are usually placed in the center of the slot antenna, that the polarization characteristics of the inventive antenna assembly is working optimally, for devices carried on the wrist and when walking and/or running, if the feed pin (see FIGS. 1 and 2) between the PCB and the bezel is located in a sector which is at a distance no further than a quarter to a third of the total slot antenna length, counted from the start of the antenna. The starting point is here at the 9 o'clock position. With the positioning of the feed pin, an optimal impedance match for the antenna at the GPS resonant frequency is sought. Less tuning of other components may then be necessary in order to achieve optimum reception of the GPS or other satellite systems signals.

Generally, the feed pin or a feed connection point can be on either the bezel side of the slot or on the PCB edge side of the slot. However, the preferred placement of the feed pin is often on the bezel, in order to achieve optimal antenna radiation. PCB placement may be favored by its mechanical simplicity and can be chosen if good enough antenna performance is achievable.

The RHCP (Right Hand Circular Polarization) component of the radiation pattern seem then to have a desired dominant peak that is pointing upwards, when the device is carried on the wrist (usually the left wrist). The achievable optimum radiation pattern is partly dependent on the device, i.e. the size of the device and the impedance of the slot antenna, and partly on the incoming signal direction and polarization. The latter requires that the slot antenna and its radiation field should be facing at least partly upwards in the mainly used GNSS reception use position.

It is, according to some embodiments of the invention the effective width and/or length of the slot may be at least partially altered by conductive rim structures deposited on or attached to the ground plane of the circuit board and facing said conductive body. Such rim structures may comprise sheet metal parts etc. One example is shown in FIG. 5, with an assembly 50 that consists of a bezel ring 51, a first semi-circular PCB board 52 and a copper brim 54 arranged around the periphery of the PCB 52 as a ground plane, and a second semi-circular PCB board 53 arranged beneath the first PCB board 52. Attached to the second (lowermost) PCB board 53 is a sheet metal rim 55, which width (i.e. its height in relation to PCB 52) and length may be chosen to make it form part of a GPS slot antenna, together with the PCB 52 and the bezel 51. Slot defining members 56 and 57, which may serve as grounding pins defining the ends of the slot antenna, are shown between the sheet metal rim 55 and the bezel 51. A feed pin 58 is also shown.

FIG. 6 is a similar assembly to the one in FIG. 5, with parts 60-68 corresponding to parts 50-58 in FIG. 5. In FIG.

6, however, the metal sheet rim 65 is formed as an extension of a second lowermost PCB board 63. The rim extensions 65 may be connected to the copper brim 64 of the PCB 62 and/or to a copper brim (not shown) of the PCB 63. Again, the width (i.e. the height in relation to PCB 62) and length of the rim 65 may be chosen to make it form part of a GPS slot antenna, together with the PCB 62 and the bezel 61.

In FIGS. 7 and 8 is shown the improved accuracy of the inventive slot mode antenna compared with antennas of prior art. In FIG. 7, a terrain round-trip route A-B-C was run by a person while the run was tracked by wristwatch-like GPS device having a prior art coupled radiator GPS antenna such as is known form e.g. US2017/0179581. A typical deviation at D1 between the different legs of the trip can be seen at many places along the route. In FIG. 8, where a device with similar performance, but using an inventive slot mode antenna, the deviation D2 is much smaller along the legs of the route A-B-C.

In FIGS. 9A and 9B are shown the corresponding RHCP (Right Hand Circular Polarization) radiation patterns in 2 dimensions (2D). A typical wristwatch-like GPS device 91 is carried on the wrist 90 of the left hand shown in a circular cross-section in both FIGS. 9A and 9B. A typical prior art antenna radiation pattern 92, using a conventional bezel antenna with radiating elements, for example, is shown in FIG. 9A. The peak 92a of the radiation pattern 92 is pointed in a lateral direction, and is less optimal in receiving an incoming satellite signal in the use position shown. The peak 93a of the radiation pattern 93 is pointing upwards, and is thus having a strong radiation field in the 0 degree direction when the device is in its most often used position.

It may be noted from FIGS. 9A and 9B that the slot antenna on FIG. 9B performs well also in a situation where the person wears the watch on the inside of the wrist. In this case the watch is turned upside down compared to FIG. 9B, but the slot antenna radiation pattern (shown here in the 180 degree direction) then pointing in the 0 degree direction will still be wider than the corresponding 0 degree direction pattern of the prior art bezel antenna in FIG. 9A.

According to some embodiments of the invention, the effective width and/or length of the slot may be completely defined conductive rim structures deposited on or attached to the ground plane of the circuit board, and facing the conductive body. One example is shown in FIG. 10, with an assembly 100 that consists of a bezel ring 101, a semi-circular PCB board 102 and a copper brim 104 arranged around the periphery of the PCB 102 as a ground plane. A second semi-circular PCB board 103 (dashed line) may be arranged beneath the first PCB board 102. Attached to the PCB boards is a sheet metal rim 105 located along at least part of the periphery of the PCB 102. The width and length of the rim 105 may be chosen so that the upper edge 105a of the rim forms a lower part of a GPS slot antenna, the bezel 101 being the upper part. The metal rim may be in electrical contact with the grounded copper brim 104, or it may have a different potential. Slot defining end members 106 and 107, which may serve as grounding pins, are shown between the sheet metal rim 105 and the bezel 101. A pin-like feed element 108 is also shown, which at its one end connects to the ground plane 104 of the PCB 102, and at its other end to a conductive part of the slot mode antenna. This part may be the bezel 101, the metal rim 105, or some other part of the antenna where received radio waves have induced currents. The feed elements may take a multitude of shapes and be implemented in a variety of ways, as discussed above.

FIG. 11 is a similar assembly to the one in FIG. 10. In FIG. 11, however, the metal sheet rim 115 has at least a partial cover 113 formed on top of it, acting as an electromagnetic shield plate, such as a Faraday cage, for example. The plate 113 may take various forms and sizes, but will form part of the second part 115, 113 of a GPS slot antenna, the bezel 111 being the first part. A second semi-circular PCB board (not shown) may be arranged beneath the first PCB board 112.

The metal rim 115 and plate 113 may be in electrical contact with the grounded copper brim 114, or they may have a different potential. Slot defining end members 116 and 117, which may serve as grounding pins, are shown between the sheet metal rim 115 and the bezel 111. A feed element 118 is also shown.

It will be recognized that while certain aspects of the present disclosure are described in terms of a specific sequence of steps of a method, these descriptions are only illustrative of the broader methods of the disclosure, and may be modified as required by the particular application. Certain steps may be rendered unnecessary or optional under certain circumstances. Additionally, certain steps or functionality may be added to the disclosed embodiments, or the order of performance of two or more steps permuted. All such variations are considered to be encompassed within the disclosure disclosed and claimed herein.

While the above detailed description has shown, described, and pointed out novel features of the antenna apparatus as applied to various embodiments, it will be understood that various omissions, substitutions, and changes in the form and details of the device or process illustrated may be made by those skilled in the art without departing from the fundamental principles of the antenna apparatus. The foregoing description is of the best mode presently contemplated of carrying out the present disclosure. This description is in no way meant to be limiting, but rather should be taken as illustrative of the general principles of the present disclosure. The scope of the present disclosure should be determined with reference to the claims.

The invention claimed is:

1. An assembly for an antenna operating in a slot mode, wherein the assembly comprises at least one circuit board of an electronic device, a conductive body arranged at a distance from said at least one circuit board, and wherein at least one conductive rim structure on said at least one circuit board located along at least part of the periphery of said circuit board and said conductive body defines at least one slot mode antenna between themselves, wherein the length of a slot mode antenna is defined between two connection points at which said conductive body is connected to said conductive rim, and wherein between said connection points is located at least one feed element for coupling an electromagnetic signal from the slot mode antenna to said circuit board.

2. The assembly according to claim 1, wherein said circuit board is arranged in a plane parallel to and at least partly aligned with said conductive body, and has at least along a part of its periphery a conductive layer at a ground plane.

3. The assembly according to claim 1, further comprising elements at said two connection points that electrically connects said conductive body to said conductive rim structure and to said ground plane of said circuit board, said connection points being located at a first and a second end of said slot mode antenna.

4. The assembly according to claim 3, wherein said first and second connection points and at least one feed element in said wristwatch-like device is positioned approximately between 3 and 9 o'clock, preferably between 5 and 9 o'clock along the periphery of said electronic device.

5. The assembly according to claim 1, wherein said conductive body is a bezel being a part of the housing encompassing a wristwatch-like device.

6. The assembly according to claim 1, wherein said element for said first and second connection points are shared between said first and second ends of said slot to thereby define a 360° slot mode antenna.

7. The assembly according to claim 1, wherein said at least one conductive rim structure has at least a partial cover formed on top of it that forms an electromagnetic shield plate, such as a Faraday cage, for the at least one circuit board.

8. The assembly according to claim 7, wherein said at least a partial cover formed on top of said conductive rim at least partially defines said slot mode antenna between itself and said conductive body.

9. The assembly according to claim 1, wherein said conductive body has the shape of a ring, an ellipse, a rectangle, a square, or any other polygon.

10. The assembly according to claim 1, further comprising more than two connecting points between said conductive body and said conductive rim.

11. The assembly according to claim 10, wherein said conductive body and said conductive rim are arranged to define multiple slots between them, each slot being defined between two connecting points and each slot having at least one feed element between said connecting points.

12. The assembly according to claim 1, wherein at least one slot in the assembly is adapted for the reception of a GNSS (Global Navigation Satellite System) signal.

13. The assembly according to claim 12, wherein said GNSS signal is selected from GPS, Glonass, Galileo and/or Beidou signals.

14. An electronic wristwatch-like device comprising a housing, at least one circuit board inside said housing, a conductive bezel arranged at a distance from said circuit board as part of said housing, and at least one conductive rim structure on said at least one circuit board located along at least part of the periphery of said circuit board, wherein said conductive rim and said conductive bezel defines at least one slot mode antenna between themselves, and wherein the length of a slot mode antenna is defined between two connection points at which said conductive bezel is connected to said conductive rim, and wherein between said connection points is located at least one feed element for coupling an electromagnetic signal from the slot mode antenna to said circuit board.

15. The device according to claim 14, wherein said circuit board is arranged in a plane parallel to and at least partly aligned with said conductive bezel, and has at least along a part of its periphery a conductive layer at said ground plane.

16. The device according to claim 14, further comprising elements at said two connection points that electrically connects said conductive body to said conductive rim structure and to said ground plane of said circuit board, said connection points being located at a first and a second end of said slot mode antenna.

17. The device according to claim 16, wherein said first and second connection points and at least one feed element in said wristwatch-like device is positioned approximately between 3 and 9 o'clock, preferably between 5 and 9 o'clock along the periphery of the device.

18. The device according to claim 14, wherein said conductive body is a bezel being a part of the housing of the device.

19. The device according to claim 14, wherein said element for said first and second connection points are shared between said first and second ends of said slot to thereby define a 360° slot mode antenna.

20. The device according to claim 14, wherein said at least one conductive rim structure has at least a partial cover formed on top of it that forms an electromagnetic shield plate, such as a Faraday cage, for the at least one circuit board.

21. The device according to of claim 20, wherein said at least a partial cover formed on top of said conductive rim at least partially defines said slot mode antenna between itself and said conductive body.

22. The device according to claim 14, wherein said conductive body has the shape of a ring, an ellipse, a rectangle, a square, or any other polygon.

23. The device according to claim 14, further comprising more than two connecting points between said conductive body and said conductive rim.

24. The device according to claim 23, wherein said conductive body and said conductive rim are arranged to define multiple slots between them, each slot being defined between two connecting points and each slot having at least one feed element between said connecting points.

25. The device according to claim 14, wherein at least one slot in the assembly is adapted for the reception of a GNSS (Global Navigation Satellite System) signal.

26. The device according to claim 25, wherein said GNSS signal is selected from GPS, Glonass, Galileo and/or Beidou signals.

* * * * *