# EXHIBIT F

**Preliminary Infringement Claim Chart for U.S. Patent No. 7,489,241 ("241 Patent")**

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| 1. A method in connection with a wristop computer, in which the wristop computer detects a strike event with the aid of a measurement, and at least one datum of the game of golf, is recorded, comprising: | Garmin golf smart watches (for example, the Garmin Approach S70, Garmin Approach S62, Garmin Approach S40, Garmin Approach S42, Garmin Approach S20, Garmin fēnix 7 Series, Garmin EPIX (Gen 1 and 2), and Garmin MARQ Golfer (Gen 1 and Gen 2)) ("Infringing Products") practice the claimed method. Each device is a wristop computer that is able to detect a strike event (in golfing) with the aid of a measurement, and at least one datum of the game of golf is recorded. Exemplary evidence is shown below.<br><br>Each of these watches is a "wristop computer system" because it is a system with computer and hardware components and a wrist strap as shown below.<br><br><br><br>https://www.garmin.com/en-US/p/847706. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/647267. <br><br> https://www.garmin.com/en-US/p/1604358/. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www.garmin.com/en-US/p/647267. https://www.garmin.com/en-US/p/635923. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/516207. https://www.garmin.com/en-US/p/721216. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br>https://www.garmin.com/en-US/p/1228171/#undefined.<br><br>https://www.garmin.com/en-US/p/735611. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-CA/p/760778. <br> https://www.garmin.com/en-US/p/905283/. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www.garmin.com/en-US/p/783467/pn/010-02648-30. <br><br> Further, each of the Infringing Products include a "wristop computer" that is able to detect a strike event (in golfing) with the aid of a measurement, and "at least one datum of the game of golf is recorded." As shown below, each of the Infringing Products records the shot distance and/or location. <br><br>  https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  (https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html) <br><br> https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-5BB8B2C8-5648-4739-AD40-01696D9E5B9B.html. <br><br> https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | 

https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html.

https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.

https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html. <br><br> https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.  https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.  https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |
| detecting a strike event with the aid of a measurement; | As discussed and shown for the prior limitation, each of the Infringing Products is a "wristop computer." Each of these devices is a smartwatch including hardware (*e.g.,* processor IC, memory IC, power IC, sensors, and communication circuits) and software components (e.g., operating system and programs). The Approach S70 (shown below) is exemplary. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/847706.<br><br>Each of the Infringing Products includes an accelerometer and/or other sensors used for detecting a strike event with the aid of a measurement. |

| Product | Accelerometer | Gyrosope | GPS Sensor | Source |
|---|---|---|---|---|
| Garmin Approach S70 | X | X | X | https://www.garmin.com/en-US/p/847706#specs |
| Garmin Approach S62 | X | X | X | https://www.garmin.com/en-US/p/647267#specs |
| Garmin Approach S44 | X | X | X | https://www.garmin.com/en-US/p/1604358/#specs |
| Garmin Approach S42 | X | X | X | https://www.garmin.com/en-US/p/743387#specs |
| Garmin Approach S40 | X | X | X | https://www.garmin.com/en-US/p/635923#specs |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence | | | |
|---|---|---|---|---|
| | Garmin Approach S20 | X | | X | https://www.garmin.com/en-US/p/516207#specs |
| | Garmin fēnix 8 Series | X | X | X | https://www.garmin.com/en-US/p/1228171/#specs |
| | Garmin fēnix 7 Series | X | X | X | https://www.garmin.com/en-US/p/735611#specs |
| | Garmin EPIX | X | X | X | https://www.garmin.com/en-US/p/1285545#specs |
| | Garmin EPIX Pro (Gen 2) | X | X | X | https://www.garmin.com/en-US/p/905283/#specs |
| | Garmin Approach MARQ Golfer (Gen 1) | X | X | X | https://www.garmin.com/en-US/p/700437#specs |
| | Garmin Approach MARQ Golfer (Gen 2) | X | X | X | https://www.garmin.com/en-US/p/783465#specs |

The '241 Patent expressly describes using an accelerometer as a means of detecting a strike event. '241 Patent at 1:63-67 ("Other preferred embodiments are acceleration detection, or a mechanical switch, which triggers the detection event … .").

The fact that the device uses an accelerometer when detecting a strike event is demonstrated by the fact that Garmin advises that the watch should be worn on "your leading wrist."



https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-5BB8B2C8-5648-4739-AD40-01696D9E5B9B.html.<br><br>https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-BFDD3B3E-8260-4E15-B592-8066D1F68EEB.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html. https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br>  <br><br> https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> Further documentation shows that the Infringing Products detect a strike event with the aid of a measurement. Automatic shot detection referred to in the previous element is frequently referred to by Garmin as "AutoShot."[1] <br><br> https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-07681BF1-996F-4151-963B-B6D7CA7CF910.html (Approach S70 Manual). |

---

[1] The only Infringing Products for which automatic shot detection is not referred to as "AutoShot" in the corresponding product manual are the S20 Approach and the MARQ (Gen 1 and Gen 2).

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-5F5A59EC-65E5-4EE3-9541-797E84A1B1A2.html. |

**Last Shot**

Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Adding a Shot Manually).

https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-07681BF1-996F-4151-963B-B6D7CA7CF910.html (manual for Approach S44).



Approach® S40/S42
Owner's Manual

English ▾

Measuring a Shot with Garmin AutoShot

Each time you take a shot along the fairway, the device records your shot distance so you can view it later (Viewing Shot History). Putts are not detected.

1. While playing golf, wear the device on your leading wrist for better shot detection.
   When the device detects a shot, your distance from the shot location appears in the banner ① at the top of the screen.

https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-5F5A59EC-65E5-4EE3-9541-797E84A1B1A2.html.

**Measure Shot**

Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot).

https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-9BA52518-D2B2-410A-B94C-80AB2EABE8A3.html (fēnix 8 manual).

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Measure Shot**<br>Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot).<br><br>https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-9BA52518-D2B2-410A-B94C-80AB2EABE8A3.html (fēnix 7 manual).<br><br>**Measure Shot:** Shows the distance of your previous shot recorded with the Garmin AutoShot feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot).<br><br>https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-CBC00B4E-728A-43EE-B71D-052EE89C40DE-5853.html (EPIX owner's manual).<br><br>**Measure Shot**<br>Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot).<br><br>https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-9BA52518-D2B2-410A-B94C-80AB2EABE8A3.html (Garmin EPIX (Gen 2) manual). |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/shot-measurement/.

Autoshot or automatic shot detection detects a shot by detecting impact with the ball.

https://support.garmin.com/en-US/?faq=PMDFD4p5N74JYxSamVvGg6.

In the alternative, the Infringing Products can also be used with Garmin's Approach CT10 club tracking sensors, which are identified by the watch via Bluetooth (involving RFID). The '241 Patent expressly describes an embodiment in which the wristop computer communicates with a club wirelessly. '241 Patent

21

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | at 3:27-29 ("an RFID identifier 2, which contains information on the club used … is attached to the golf club 3.").  https://www.garmin.com/en-US/p/605172#devices (further listing compatible products including each of the Infringing Products). https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www.garmin.com/en-US/p/1604358/#devices (stating that the Approach CT10 is compatible with the Approach S44).<br><br><br><br>https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-A59EE9FA-EB67-47CF-AFA1-37646508A796-1359.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br>The CT10 sensor connects to the Infringing Products using Bluetooth. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www.garmin.com/en-US/p/798161/pn/010-01994-01#specs (specifications for the Garmin Approach CT10 senor show that it also uses Bluetooth communication, which is used, among other things, to work with the Infringing Products).<br><br><br><br>https://www8.garmin.com/manuals/webhelp/approachct10/EN-US/GUID-3DEC1B0D-480C-4907-9B07-B962BCE47C40.html. |
| determining a GPS position of the user when the strike event is detected; and | Each of the Infringing Products determine a GPS position of the user when the strike event is detected.<br><br><br><br>https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/shot-measurement/. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/. <br><br> According to Garmin "When your device is synched to Garmin Connect you can also view the autoshot map. The map shows the distance and location for each detected shot after it has been automatically uploaded." https://www.youtube.com/watch?v=M3qmrLzvVn8 at :35 / 2:18. If the shot location was not determined and recorded, this functionality would not be available. The autoshot map is shown above. <br><br> Manuals for several Infringing Products further demonstrate that the products track shot location. |

GPS position of the user determined when the strike event is detected

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html<br><br>https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html<br><br>https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html<br><br>The structure/material/acts for the means are, for example, (1) a positioning system (e.g., GPS) and (2) pressure sensor, acceleration sensor or mechanical switch). '241 Patent at 3:24-26, 36-43. Each of the Infringing Products utilizes a GPS sensor and accelerometer. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence | | | |
|---|---|---|---|---|
| | **Product** | **Accelerometer** | **GPS Sensor** | **Source** |
| | Garmin Approach S70 | X | X | https://www.garmin.com/en-US/p/847706#specs |
| | Garmin Approach S62 | X | X | https://www.garmin.com/en-US/p/647267#specs |
| | Garmin Approach S44 | X | X | https://www.garmin.com/en-US/p/1604358/#specs |
| | Garmin Approach S42 | X | X | https://www.garmin.com/en-US/p/743387#specs |
| | Garmin Approach S40 | X | X | https://www.garmin.com/en-US/p/635923#specs |
| | Garmin Approach S20 | X | X | https://www.garmin.com/en-US/p/516207#specs |
| | Garmin fēnix 8 Series | X | X | https://www.garmin.com/en-US/p/1228429/#specs |
| | Garmin fēnix 7 Series | X | X | https://www.garmin.com/en-US/p/735611#specs |
| | Garmin EPIX Pro | X | X | https://www.garmin.com/en-US/p/905283/#specs |
| | Garmin EPIX | X | X | https://www.garmin.com/en-US/p/1285545#specs |
| | Garmin Approach MARQ Golfer (Gen 1) | X | X | https://www.garmin.com/en-US/p/700437#specs |
| | Garmin Approach MARQ Golfer (Gen 2) | X | X | https://www.garmin.com/en-US/p/783465#specs |
| recording at least the GPS position of the user within a wearable wristop computer after the determination of the | Each of the Infringing Products records at least the GPS position of the user after the determination of the GPS position of the user is completed. Each of said products has a function to record (constantly) the GPS position of the user in the memory chip after the determination of the GPS position of the user is completed, as exemplified below. | | | |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| GPS position of the user is completed. |  |

https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.

https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-5BB8B2C8-5648-4739-AD40-01696D9E5B9B.html  https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html, <br><br>  <br><br> https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  The GPS position of the user is recorded in the memory chip of the wristop computer after the determination of the GPS position of the user is completed<br><br>https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/.<br><br>According to Garmin "When your device is synched to Garmin Connect you can also view the autoshot map. The map shows the distance and location for each detected shot after it has been automatically uploaded." https://www.youtube.com/watch?v=M3qmrLzvVn8 at :35 / 2:18. If the shot location was not determined and recorded, this functionality would not be available. The autoshot map is shown above.<br><br>The structure/material/acts for the means are, for example, a positioning system (*e.g.*, GPS), a memory IC, and a pressure sensor (or alternatively, acceleration sensor or mechanical switch).  '241 Patent at 3:24-26, 29-43. Each of the Infringing Products include GPS, a memory chip, and an accelerometer. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence | | | | |
|---|---|---|---|---|---|
| | Product | Accelerometer | GPS Sensor | Memory | Source |
| | Garmin Approach S70 | X | X | 16 GB | https://www.garmin.com/en-US/p/847706#specs |
| | Garmin Approach S62 | X | X | 1 GB | https://www.garmin.com/en-US/p/647267#specs |
| | Garmin Approach S44 | X | X | 4 GB | https://www.garmin.com/en-US/p/1604358/#specs |
| | Garmin Approach S42 | X | X | 64 MB | https://www.garmin.com/en-US/p/743387#specs |
| | Garmin Approach S40 | X | X | 64 MB | https://www.garmin.com/en-US/p/635923#specs |
| | Garmin Approach S20 | X | X | 64 MB | https://www.garmin.com/en-US/p/516207#specs |
| | Garmin fēnix 8 Series | X | X | 32 GB | Garmin fēnix® 8 \| Premium Multisport Smartwatch \| 51mm |
| | Garmin fēnix 7 Series | X | X | 16 MB | https://www.garmin.com/en-US/p/735611#specs |
| | Garmin EPIX Pro | X | X | 32 GB | https://www.garmin.com/en-US/p/905283/#specs |
| | Garmin EPIX | X | X | 16 MB | https://www.garmin.com/en-US/p/1285545#specs |
| | Garmin Approach MARQ Golfer (Gen 1) | X | X | 32 GB | https://www.garmin.com/en-US/p/700437#specs |
| | Garmin Approach MARQ Golfer (Gen 2) | X | X | 32 GB | https://www.garmin.com/en-US/p/783465#specs |

| Dependent Claim 2 | Infringement Analysis with Exemplary Infringement Evidence |
| --- | --- |

| 2. A method according to claim 1, wherein the method further comprises the step of: determining a RFID identifier of the golf club when the strike event is detected; and | The infringing products practice the method of claim 1 where the step of detecting a strike comprises determining a RFID identifier of the golf club when the strike event is detected. The Infringing Products can also be used with Garmin's Approach CT10 club tracking sensors, which are identified by the watch via Bluetooth (involving RFID). The '241 Patent expressly describes an embodiment in which the wristop computer communicates with a club wirelessly. '241 Patent at 3:27-29 ("an RFID identifier 2, which contains information on the club used … is attached to the golf club 3.").  https://www.garmin.com/en-US/p/605172#devices (further listing compatible products including each of the Infringing Products).  https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html. |



https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.

https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.

https://www.garmin.com/en-US/p/1604358/#devices (stating that the Approach CT10 is compatible with the Approach S44).



https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.

https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.



https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.



https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-A59EE9FA-EB67-47CF-AFA1-37646508A796-1359.html.

https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.



https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.



https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.

The CT10 sensor connects to the Infringing Products using Bluetooth.



https://www.garmin.com/en-US/p/798161/pn/010-01994-01#specs (specifications for the Garmin Approach CT10 senor show that it also uses Bluetooth communication, which is used, among other things, to work with the Infringing Products).



https://www8.garmin.com/manuals/webhelp/approachct10/EN-US/GUID-3DEC1B0D-480C-4907-9B07-B962BCE47C40.html.

The identifier of the club is determined when a strike event is detected.



https://www.youtube.com/watch?v=UrdfkM2LMdo&t=35s at :34 / 1:17.

| recording the RFID identifier of the golf club within a wearable wristop computer after the determination of the RFID identifier of the golf club completed. | The RFID identifier is recorded after determination of the RFID of the golf club is completed.  https://www8.garmin.com/manuals/webhelp/approachct10/EN-US/GUID-3DEC1B0D-480C-4907-9B07-B962BCE47C40.html. |

| Dependent Claim 4 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| 4. A method according to claim 1 or 2, wherein the step of detecting a strike event with the aid of a measurement, further comprises:<br>detecting the strike event when an acceleration of a specific club exceeds a predefined threshold value. | The infringing products practice the method of claim 1 where the step of detecting a strike comprises determining whether an acceleration of a specific club exceeds a predefined threshold value.<br><br>Autoshot or automatic shot detection detects a shot by detecting impact with the ball.<br><br>**AutoShot and Other Features on Garmin Golf Watches and Devices**<br><br>The AutoShot feature measures and auto-records shot distances by detecting the swing speed and impact with the ball. Scoring must be enabled for the round to use the AutoShot feature. The watch must be on the correct hole when teeing off and the score must be entered for each hole prior to teeing off on the following hole. The watch also must be worn on your lead wrist.<br><br>https://support.garmin.com/en-US/?faq=PMDFD4p5N74JYxSamVvGg6.<br><br>Slow shots that do not meet the predefined threshold (like putts, chips, and short wedges) are ordinarily not detected (absent use of CT10 sensors).<br><br>**CT10 Sensors**<br><br>The CT10 sensors, when attached to all (14) clubs, will replace the need for Club Prompt. Also, AutoShot is limited and cannot detect slower swing speeds or softer impact. Therefore, shots like putts, chips, and short wedges are normally not recorded. The CT10 sensors, when attached to the putter and wedges, fill the gap left by AutoShot.<br><br>https://support.garmin.com/en-US/?faq=PMDFD4p5N74JYxSamVvGg6. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| 9. A wristop computer system, which includes a wristop computer that is able to detect a strike event with the aid of a measurement, and at least one datum of the game of golf is recorded, wherein the system includes: | The Infringing Products each include a wristop computer that is able to detect a strike event (in golfing) with the aid of a measurement, and at least one datum of the game of golf is recorded. Exemplary evidence is shown below.<br><br>Each of these watches is a "wristop computer system" because it is a system with computer and hardware components and a wrist strap as shown below.<br><br><br>https://www.garmin.com/en-US/p/847706.<br><br><br>https://www.garmin.com/en-US/p/647267. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/1604358/. <br><br> https://www.garmin.com/en-US/p/647267. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/635923. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www.garmin.com/en-US/p/516207. <br><br> https://www.garmin.com/en-US/p/721216. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br>https://www.garmin.com/en-US/p/1228171/#undefined.<br><br>https://www.garmin.com/en-US/p/735611. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br>https://www.garmin.com/en-CA/p/760778.<br><br>https://www.garmin.com/en-US/p/905283/ |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br><br>https://www.garmin.com/en-US/p/783467/pn/010-02648-30.<br><br>Further, each of the Infringing Products include a "wristop computer" that is able to detect a strike event (in golfing) with the aid of a measurement, and "at least one datum of the game of golf is recorded." As shown below, each of the Infringing Products records the shot distance and/or location.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br><br>https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html<br><br>https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-5BB8B2C8-5648-4739-AD40-01696D9E5B9B.html.<br><br>https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | |

https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html.

https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html,

https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |
| A wristop computer further comprising: a strike event detecting means for detecting strike event with the aid of a measurement | As discussed and shown for the prior limitation, each of the Infringing Products is a "wristop computer." Each of these devices is a smartwatch including hardware (*e.g.,* processor IC, memory IC, power IC, sensors, and communication circuits) and software components (e.g., operating system and programs). The Approach S70 (shown below) is exemplary.<br><br>https://www.garmin.com/en-US/p/847706. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | Each of the Infringing Products includes an accelerometer and/or other sensors used for detecting a strike event with the aid of a measurement. |

| Product | Accelerometer | Gyrosope | GPS Sensor | Source |
|---|---|---|---|---|
| Garmin Approach S70 | X | X | X | https://www.garmin.com/en-US/p/847706#specs |
| Garmin Approach S62 | X | X | X | https://www.garmin.com/en-US/p/647267#specs |
| Garmin Approach S44 | X | X | X | https://www.garmin.com/en-US/p/1604358/#specs |
| Garmin Approach S42 | X | X | X | https://www.garmin.com/en-US/p/743387#specs |
| Garmin Approach S40 | X | X | X | https://www.garmin.com/en-US/p/635923#specs |
| Garmin Approach S20 | X | | X | https://www.garmin.com/en-US/p/516207#specs |
| Garmin fēnix 8 Series | X | X | X | https://www.garmin.com/en-US/p/1228171/#specs |
| Garmin fēnix 7 Series | X | X | X | https://www.garmin.com/en-US/p/735611#specs |
| Garmin EPIX Pro | X | X | X | https://www.garmin.com/en-US/p/905283/#specs |
| Garmin EPIX | X | X | X | https://www.garmin.com/en-US/p/1285545#specs |
| Garmin Approach MARQ Golfer (Gen 1) | X | X | X | https://www.garmin.com/en-US/p/700437#specs |
| Garmin Approach MARQ Golfer (Gen 2) | X | X | X | https://www.garmin.com/en-US/p/783465#specs |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | The '241 Patent expressly describes using an accelerometer as a means of detecting a strike event. '241 Patent at 1:63-67 ("Other preferred embodiments are acceleration detection, or a mechanical switch, which triggers the detection event … ."). <br><br> The fact that the device uses an accelerometer when detecting a strike event is demonstrated by the fact that Garmin advises that the watch should be worn on "your leading wrist." <br><br>  <br> https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br>Further documentation shows that the Infringing Products detect a strike event with the aid of a measurement. Automatic shot detection referred to in the previous element is frequently referred to by Garmin as "AutoShot."[2]<br><br>https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-07681BF1-996F-4151-963B-B6D7CA7CF910.html (Approach S70 Manual). |

---

[2] The only Infringing Products for which automatic shot detection is not referred to as "AutoShot" in the corresponding product manual are the S20 Approach and the MARQ (Gen 1 and Gen 2).

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-5F5A59EC-65E5-4EE3-9541-797E84A1B1A2.html. <br><br> **Last Shot** <br> Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Adding a Shot Manually). <br><br> https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-07681BF1-996F-4151-963B-B6D7CA7CF910.html (Approach S44 Manual). <br><br> Approach® S40/S42 <br> Owner's Manual <br><br> ⊕ English ▾ <br> **Measuring a Shot with Garmin AutoShot** <br> Each time you take a shot along the fairway, the device records your shot distance so you can view it later (Viewing Shot History). Putts are not detected. <br> 1. While playing golf, wear the device on your leading wrist for better shot detection. <br>   When the device detects a shot, your distance from the shot location appears in the banner ⓘ at the top of the screen. <br><br> https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-5F5A59EC-65E5-4EE3-9541-797E84A1B1A2.html. <br><br> **Measure Shot** <br> Shows the distance of your previous shot recorded with the Garmin AutoShot™ feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot). <br><br> https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-9BA52518-D2B2-410A-B94C-80AB2EABE8A3.html (fēnix 7 manual). <br><br> **Measure Shot:** Shows the distance of your previous shot recorded with the Garmin AutoShot feature (Viewing Measured Shots). You can also manually record a shot (Manually Measuring a Shot). <br><br> https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-CBC00B4E-728A-43EE-B71D-052EE89C40DE-5853.html (EPIX owner's manual). |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-9BA52518-D2B2-410A-B94C-80AB2EABE8A3.html (Garmin EPIX (Gen 2) manual).<br><br>https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/shot-measurement/.<br><br>Autoshot or automatic shot detection detects a shot by detecting impact with the ball.<br><br>https://support.garmin.com/en-US/?faq=PMDFD4p5N74JYxSamVvGg6.<br><br>In the alternative, the Infringing Products can also be used with Garmin's Approach CT10 club tracking sensors, which are identified by the watch via Bluetooth (involving RFID). The '241 Patent expressly describes an embodiment in which the wristop computer communicates with a club wirelessly. '241 Patent |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | at 3:27-29 ("an RFID identifier 2, which contains information on the club used … is attached to the golf club 3."). <br><br>  <br><br> https://www.garmin.com/en-US/p/605172#devices (further listing compatible products including each of the Infringing Products). <br><br> https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br><br>https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www.garmin.com/en-US/p/1604358/#devices (stating that the Approach CT10 is compatible with the Approach S44).<br><br><br><br>https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-8797F0EF-F1F5-4F10-9E6C-4CF6B239870E.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-A59EE9FA-EB67-47CF-AFA1-37646508A796-1359.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-1E3CECCF-0343-431C-95F0-5716E0341C75.html.<br><br>The CT10 sensor connects to the Infringing Products using Bluetooth. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www.garmin.com/en-US/p/798161/pn/010-01994-01#specs (specifications for the Garmin Approach CT10 senor show that it also uses Bluetooth communication, which is used, among other things, to work with the Infringing Products). <br><br>  <br><br> https://www8.garmin.com/manuals/webhelp/approachct10/EN-US/GUID-3DEC1B0D-480C-4907-9B07-B962BCE47C40.html. |
| A data determining means for determining a GPS position of the user when the strike event is detected; and | The "wristop computer" in the Infringing Products also comprises a data determining means for determining a GPS position of the user when the strike event is detected.  The function of this means is to determine a GPS position of the user when the strike event is detected.  With respect to the "wristop computer" in the Infringing Products, each has a function to determine a GPS position of the user (for example, the location of the user on a golf course) when the strike event is detected, as exemplified below. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  GPS position of the user determined when the strike event is detected <br><br> https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/shot-measurement/. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  GPS position of the user determined when the strike event is detected <br><br> https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/. <br><br> According to Garmin "When your device is synched to Garmin Connect you can also view the autoshot map. The map shows the distance and location for each detected shot after it has been automatically uploaded." https://www.youtube.com/watch?v=M3qmrLzvVn8 at :35 / 2:18. If the shot location was not determined and recorded, this functionality would not be available. The autoshot map is shown above. <br><br> Manuals for several Infringing Products further demonstrate that the products track shot location. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html

https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html

https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html

The structure/material/acts for the means are, for example, (1) a positioning system (e.g., GPS) and (2) pressure sensor, acceleration sensor or mechanical switch). '241 Patent at 3:24-26, 36-43. Each of the Infringing Products utilizes a GPS sensor and accelerometer.

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence | | | |
|---|---|---|---|---|
| | **Product** | **Accelerometer** | **GPS Sensor** | **Source** |
| | Garmin Approach S70 | X | X | https://www.garmin.com/en-US/p/847706#specs |
| | Garmin Approach S62 | X | X | https://www.garmin.com/en-US/p/647267#specs |
| | Garmin Approach S44 | X | X | https://www.garmin.com/en-US/p/1604358/#specs |
| | Garmin Approach S42 | X | X | https://www.garmin.com/en-US/p/743387#specs |
| | Garmin Approach S40 | X | X | https://www.garmin.com/en-US/p/635923#specs |
| | Garmin Approach S20 | X | X | https://www.garmin.com/en-US/p/516207#specs |
| | Garmin fēnix 8 Series | X | X | https://www.garmin.com/en-US/p/1228171/#specs |
| | Garmin fēnix 7 Series | X | X | https://www.garmin.com/en-US/p/735611#specs |
| | Garmin EPIX Pro | X | X | https://www.garmin.com/en-US/p/905283/#specs |
| | Garmin EPIX | X | X | https://www.garmin.com/en-US/p/1285545#specs |
| | Garmin Approach MARQ Golfer (Gen 1) | X | X | https://www.garmin.com/en-US/p/700437#specs |
| | Garmin Approach MARQ Golfer (Gen 2) | X | X | https://www.garmin.com/en-US/p/783465#specs |
| a recording means for recording at least the GPS position of the user within a wearable wristop computer after the determination of the | The "wristop computer" in each of the Infringing Products also comprises a recording means for recording at least the GPS position of the user within a wearable wristop computer after the determination of the GPS position of the user is completed. The function of this means is to record at least the GPS position of the user within (for example, in the memory of) a wearable wristop computer after the determination of the GPS position of the user is completed. With respect to the "wristop computer" in the Infringing Products, each | | | |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| GPS position of the user is completed. | has a function to record (constantly) the GPS position of the user in the memory chip after the determination of the GPS position of the user is completed, as exemplified below.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-0F89E6A5-EC1C-4382-964E-27DC4B5FC932/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br>https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | https://www8.garmin.com/manuals/webhelp/GUID-14344AFC-1A32-40CD-B46D-5B98A32929B6/EN-US/GUID-5BB8B2C8-5648-4739-AD40-01696D9E5B9B.html  https://www8.garmin.com/manuals/webhelp/approachs40/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. https://www8.garmin.com/manuals/webhelp/approachs20/EN-US/GUID-4437B4ED-6A83-42CD-884B-DD0BC6C81744.html. https://www8.garmin.com/manuals/webhelp/GUID-EECCAC99-90D6-4AB1-9A3A-EC433D3365E2/EN-GB/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  https://www8.garmin.com/manuals/webhelp/GUID-C001C335-A8EC-4A41-AB0E-BAC434259F92/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. <br><br> https://www8.garmin.com/manuals-apac/webhelp/epix/EN-SG/GUID-4C6D83DF-9417-4D15-B8AC-7D8E94BF789E-668.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html,<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-2366BA73-C5B3-4189-B75F-EFA9B2402BD5/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/GUID-CF6857C0-CEF9-485F-B3B4-B8DC192FA66A/EN-US/GUID-36C094EA-AFF5-4A82-BBEC-E91C445DCF86.html. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www8.garmin.com/manuals/webhelp/GUID-7681996C-530F-4C69-80C4-3CD20D82746C/EN-US/GUID-1C225ECE-BF23-4209-AD4F-89221D702CAB.html.<br><br>The GPS position of the user is recorded in the memory chip of the wristop computer after the determination of the GPS position of the user is completed<br><br>https://www.garmin.com/en-US/garmin-technology/golf-science/distance-measurement/autoshot/. |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | According to Garmin "When your device is synched to Garmin Connect you can also view the autoshot map. The map shows the distance and location for each detected shot after it has been automatically uploaded." https://www.youtube.com/watch?v=M3qmrLzvVn8 at :35 / 2:18. If the shot location was not determined and recorded, this functionality would not be available. The autoshot map is shown above.<br><br>The structure/material/acts for the means are, for example, a positioning system (*e.g.,* GPS), a memory IC, and a pressure sensor (or alternatively, acceleration sensor or mechanical switch).  '241 Patent at 3:24-26, 29-43. Each of the Infringing Products include GPS, a memory chip, and an accelerometer. |

| Product | Accelerometer | GPS Sensor | Memory | Source |
|---|---|---|---|---|
| Garmin Approach S70 | X | X | 16 GB | https://www.garmin.com/en-US/p/847706#specs |
| Garmin Approach S62 | X | X | 1 GB | https://www.garmin.com/en-US/p/647267#specs |
| Garmin Approach S44 | X | X | 4 GB | https://www.garmin.com/en-US/p/1604358/#specs |
| Garmin Approach S42 | X | X | 64 MB | https://www.garmin.com/en-US/p/743387#specs |
| Garmin Approach S40 | X | X | 64 MB | https://www.garmin.com/en-US/p/635923#specs |
| Garmin Approach S20 | X | X | 64 MB | https://www.garmin.com/en-US/p/516207#specs |
| Garmin fēnix 8 Series | X | X | 32 GB | https://www.garmin.com/en-US/p/1228429#specs |
| Garmin fēnix 7 Series | X | X | 16 MB | https://www.garmin.com/en-US/p/735611#specs |
| Garmin EPIX Pro | X | X | 32 GB | https://www.garmin.com/en-US/p/905283/#specs |
| Garmin EPIX | X | X | 16 MB | https://www.garmin.com/en-US/p/1285545#specs |

| Independent Claim 9 | Infringement Analysis with Exemplary Infringement Evidence | | | |
|---|---|---|---|---|
| | Garmin Approach MARQ Golfer (Gen 1) | X | X | 32 GB | https://www.garmin.com/en-US/p/700437#specs |
| | Garmin Approach MARQ Golfer (Gen 2) | X | X | 32 GB | https://www.garmin.com/en-US/p/783465#specs |

| 10. A wristop computer system according to claim 9, wherein the system further comprises:<br>a club determining means for determining<br>a RFID identifier of the golf club when the strike event is detected; and | The infringing products practice the system of claim 9 wherein the system further comprises a club determining means for determining an RFID identifier of the golf club when a strike event is detected. The '241 Patent expressly describes an embodiment in which the wristop computer communicates with a club wirelessly. '241 Patent at 3:27-29 ("an RFID identifier 2, which contains information on the club used … is attached to the golf club 3.").<br><br>*See* Claim 2, supra. |
|---|---|
| a recording means for recording the RFID identifier of the golf club within a wearable wristop computer after the determination of the RFID identifier of the golf club completed. | The Infringing Products include a recording means for recording the RFID identifier of the golf club within a wearable wristop computer after determination of the RFID identifier of the golf club is completed.<br><br><br><br>https://www8.garmin.com/manuals/webhelp/approachct10/EN-US/GUID-3DEC1B0D-480C-4907-9B07-B962BCE47C40.html. |

| Dependent Claim 12 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| 12. A wristop computer system according to claim 9, wherein the strike event detecting means detects a strike event when an acceleration of a specific club exceeds a predefined threshold value. | The infringing products are a wristop computer according to claim 9, where the device detects a strike event when the acceleration exceeds a predefined threshold value.<br><br>*See* Claim 4, *supra*. |