# EXHIBIT G

**Preliminary Infringement Claim Chart for U.S. Patent No. 8,021,306 ("306 Patent")**

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| A portable device for monitoring the physiological state of a person during exercise, which device comprises: | A large number of Garmin devices provide the function of determining respiration rate (a physiological state) based on heartbeat, including:<br><br>• Approach smartwatches (e.g., Approach S70, S70 TaylorMade Edition, S50)<br>• D2 aviation smartwatches (e.g., D2 Mach 1, Mach 1 Pro, D2 Air, D2 Air X10)<br>• Descent dive smartwatches (e.g., Descent G2, Mk2, Mk2S, Mk2i, Mk3, Mk3i)<br>• Enduro smartwatches (e.g., Enduro, Enduro 2, Enduro 3)<br>• epix smartwatches (e.g., epix Gen 2 Standard, Sapphire, Porsche; epix Pro Gen 2 Standard, Sapphire)<br>• fenix smartwatches (e.g., fenix 6/6S/6X variants, fenix 7/7S/7X variants, fenix 7 Pro/7S Pro/7X Pro, fenix 8 AMOLED, Solar, fenix E)<br>• Forerunner smartwatches (e.g., Forerunner 55, 165, 245, 255, 265, 570, 745, 945, 955, 965, 970)<br>• Instinct smartwatches (e.g., Instinct 2/2S/2X editions, Instinct 3 AMOLED, Solar, Tactical, Instinct Crossover Standard, Solar, Tactical, Instinct E)<br>• MARQ luxury smartwatches (e.g., MARQ Adventurer, Athlete, Aviator, Captain, Commander, Driver, Expedition, Golfer; MARQ Gen 2 Adventurer, Athlete, Aviator, Captain, Golfer; MARQ special editions Damascus Steel, Carbon, Performance)<br>• quatix marine smartwatches (e.g., quatix 6, 6 Titanium, 6X Solar; quatix 7, 7 Pro, 7X Solar)<br>• tactix tactical smartwatches (e.g., tactix 7 AMOLED, Standard, Pro, Pro Ballistics; tactix 8 AMOLED, Solar; tactix Delta Sapphire, Solar, Solar Ballistics)<br>• Venu lifestyle smartwatches (e.g., Venu, Venu 2, 2S, 2 Plus, Venu 3, 3S, Venu Sq, Sq Music Edition, Venu X1)<br>• vívoactive smartwatches (e.g., vívoactive 5, vívoactive 6) |

1

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | • Lily lifestyle smartwatch (e.g., Lily 2 Active)<br><br>Source: https://support.garmin.com/en-US/?faq=2yEgS0Pax53UDqUH7q4WC6 (last accessed August 28, 2025). |
| A sensor for detecting heart beat in order to create a pulse signal or means for receiving a pulse signal created by such sensor, each heart beat pulse signal having a maximum and a minimum value and a duration or period, and wherein a pulse interval exists between consecutive heart beat pulse signals, and | Each Garmin device measures a heartbeat/pulse signal that has a maximum and a minimum value. The length of time (interval) between consecutive heartbeats (pulse interval) is calculated to determine the respiration rate. Exemplary evidence is shown below.<br><br>**How Does My Garmin Device Measure Respiration Rate?**<br><br>From <u>Firstbeat Analytics</u>: "Each breath you take is coded into your heart rate variability (HRV). The length of time between consecutive heartbeats shortens slightly as you inhale and lengthens as you exhale. The term for this biological phenomenon is respiratory sinus arrhythmia (RSA).<br><br>The ability to analytically extract respiration rate from HRV data depends on accurate heartbeat data. The degree to which one's heart rate changes from one beat to the next can be a matter of milliseconds. Challenging monitoring conditions related to the performance of physical activity mean that the pinpoint accuracy needed for this analysis is only achievable using a chest strap type heart rate monitor."<br><br>(https://support.garmin.com/en-US/?faq=2yEgS0Pax53UDqUH7q4WC6) |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **HOW GARMIN DETECTS YOUR HEART'S ACTIVITY**<br><br>Devices that offer all-day health insights based on heart monitoring data rely on the Garmin Elevate™ heart rate technology sensor; an optical (PPG) sensor built into the back of the device. It detects your heart rate by shining a green light through your skin, which is reflected by the red cells in your skin's blood vessels.<br><br>When your heart beats, the muscular contraction of the heart itself pushes a rush of blood through your circulatory system. The cycles of this pulsing blood flow are your heart rate, or pulse, and can be detected throughout your body. Your Garmin watch conveniently measures your heart rate at the wrist.<br><br>The other option for measuring heart rate is to pair a compatible heart rate strap with your smartwatch. A heart rate strap measures the electrical signals that fire in your heart as it beats. However, this method is typically only used during recorded activities (running, cycling, cardio training, etc.). Wearing an elastic strap around your chest isn't practical for round-the-clock monitoring, but these heart rate straps can provide reliable data even during the most vigorous, high-intensity physical activity.<br><br>**HEART RATE (HR) AND HEART RATE VARIABILITY (HRV)**<br><br>The key to getting more insight from heart monitoring data is to examine the available information from multiple perspectives. For example, HR is the most common way of looking at heart monitoring data. Reported as beats per minute (bpm), this metric describes how fast your heart is beating in terms of how many beats would occur in a single minute at the current rate.<br><br>Many people find that HR provides valuable insight into exercise intensity, and they use it to guide their efforts during physical activity. An elevated HR outside of physical activity or an HR that's too low when sedentary can each be a sign of health concerns. Compatible Garmin watches can even be configured by the user to alert them to HRs outside of a preselected range.<br><br>HRV is another measure that Garmin uses to transform your heart monitoring data into personally meaningful insight. Your heart doesn't beat regularly like a metronome. Instead, the length of time between one heartbeat to the next is always changing. Typically measured in milliseconds, these changes aren't huge, but they can provide a tremendous amount of information.<br><br>This is because your heart and how it beats from one moment to the next is regulated by your autonomic nervous system. As a result, the combination of HR and HRV data can be analyzed and interpreted to reveal changes in the balance between sympathetic and parasympathetic branches of your nervous system. The sympathetic branch dominates the rhythm during moments of stress when the body feels that it's time for action. The parasympathetic branch is more dominant during quieter times. Analyzing the activity of these branches provides the basis for our all-day stress tracking, Body Battery energy monitoring and even some sleep tracking metrics.<br><br>(https://www.garmin.com/en-US/garmin-technology/health-science/heart-rate-monitoring/) |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  (https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  (https://support.garmin.com/en-US/?faq=2yWINctFF76LmTZ3aw2Wt9&tab=topics)<br><br>Note on "or means for receiving a pulse signal created by such sensor": it is an "or" option. Its function is to receive a pulse signal created by such sensor. Its structure/material/acts described in the specification are, for example, step 112 of Fig. 2, and the corresponding portions of the specification at 9:38-43, and equivalents thereof. |

5

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| A processing unit for determining the respiratory frequency of the person on the basis of the periodicity of the temporal variation of the pulse interval, | Each Garmin device has a processing unit (processor or a chip) to calculate the respiration frequency (respiratory rate) of the user based on the periodicity of the user's heartbeats (periodicity of the temporal variation of the pulse interval). Exemplary evidence is shown below.<br><br>For Example, in Garmin's Forerunner 245 Music edition, the NXP/Freescale Kinetis MK28FN2M0ACAU15 chip is used as a processor.[1]<br><br> |

---

[1] https://www.nxp.com/part/MK28FN2M0ACAU15#/; https://www.nxp.com/docs/en/data-sheet/K28P210M150SF5V2.pdf; https://www.nxp.com/webapp/Download?colCode=K28P210M150SF5RM

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Target Applications**<br>• Wearables<br>• Low-end graphic display system<br>• Cost-optimized multi-standard wireless smart home hubs<br>• Home Automation devices<br>• Consumer accessories<br><br>https://www.nxp.com/docs/en/data-sheet/K28P210M150SF5V2.pdf<br><br>**How Does My Garmin Device Measure Respiration Rate?**<br><br>From Firstbeat Analytics: "Each breath you take is coded into your heart rate variability (HRV). The length of time between consecutive heartbeats shortens slightly as you inhale and lengthens as you exhale. The term for this biological phenomenon is respiratory sinus arrhythmia (RSA).<br><br>The ability to analytically extract respiration rate from HRV data depends on accurate heartbeat data. The degree to which one's heart rate changes from one beat to the next can be a matter of milliseconds. Challenging monitoring conditions related to the performance of physical activity mean that the pinpoint accuracy needed for this analysis is only achievable using a chest strap type heart rate monitor."<br><br>(https://support.garmin.com/en-US/?faq=2yEgS0Pax53UDqUH7q4WC6)<br><br>**Health Snapshot™**<br>The Health Snapshot feature is an activity on your watch that records several key health metrics while you hold still for two minutes. It provides a glimpse of your overall cardiovascular status. The watch records metrics such as your average heart rate, stress level, and respiration rate. |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <table><tr><th>Name</th><th>Description</th></tr><tr><td>ABC</td><td>Displays combined altimeter, barometer, and compass information.</td></tr><tr><td>Alternate time zones</td><td>Displays the current time of day in additional time zones (*Adding Alternate Time Zones, page 4*).</td></tr><tr><td>Altitude acclima-tion</td><td>At altitudes above 800 m (2625 ft.), displays graphs showing altitude-corrected values for your average pulse oximeter reading, respiration rate, and resting heart rate for the last seven days.</td></tr></table> |

<table>
<tr><td>Health Snapshot</td><td>Starts a Health Snapshot session on your watch that records several key health metrics while you hold still for two minutes. It provides a glimpse of your overall cardiovascular status. The watch records metrics such as your average heart rate, stress level, and respiration rate.<br>Displays summaries of your saved Health Snapshot sessions (*Health Snapshot*", page 10).</td></tr>
</table>

<table>
<tr><td>Respiration</td><td>Your current respiration rate in breaths per minute and seven-day average. You can do a breathing activity to help you relax.</td></tr>
</table>

<table>
<tr><td>Respiration Rate</td><td>Your respiration rate in breaths per minute (brpm).</td></tr>
</table>

https://www8.garmin.com/manuals/webhelp/GUID-E5C62F3F-DCE3-4197-8CA5-E419B2A55D12/EN-US/epix_2_OM_EN-US.pdf

In the newer models (Forerunner 945, Fenix 6, MARQ, Vivoactive 4, etc.), with the heart rate band, you can also further detect your breathing rate (only for some of the models), and can also continue keeping a record throughout the day everyday. This value basically serves the same purpose as the heart rate and can help us monitor the intensity in a timely manner when exercising. Next, we'll be looking at how to apply the respiration rate in exercise.

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | [What is Respiration Rate]<br><br>One complete breath includes both inhalation and exhalation. The respiration rate is defined as the number of breaths completed per minute.<br><br>Normally, the number of breaths of an adult per minute is around 12-20 times; however, this refers to the non-exercise state. When exercising, the number of breaths is bound to be higher than the interval of 12-20.<br><br>https://www.garmin.com/en-PH/blog/critical-relationship-between-respiratory-rate-heart-rate-and-cadence/<br><br><br><br>(https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br><br>(https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |
| Wherein the processing unit is adapted to (1) determine in the time domain the periodicity of the temporal variation of the pulse data by time stamping pulses in the pulse signal, (2) create, in a memory unit, a series comprising successive time points from the time stamps, and (3) determine the period of the series, and | In each Garmin device, the processing unit is adapted to determine in the time domain the periodicity of the temporal variation of the pulse data (interval) by time stamping pulses in the pulse signal.  Exemplary evidence is shown below. |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  (https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **How Does My Garmin Device Measure Respiration Rate?**<br><br>From Firstbeat Analytics: "Each breath you take is coded into your heart rate variability (HRV). The length of time between consecutive heartbeats shortens slightly as you inhale and lengthens as you exhale. The term for this biological phenomenon is respiratory sinus arrhythmia (RSA).<br><br>The ability to analytically extract respiration rate from HRV data depends on accurate heartbeat data. The degree to which one's heart rate changes from one beat to the next can be a matter of milliseconds. Challenging monitoring conditions related to the performance of physical activity mean that the pinpoint accuracy needed for this analysis is only achievable using a chest strap type heart rate monitor."<br><br>(https://support.garmin.com/en-US/?faq=2yEgS0Pax53UDqUH7q4WC6)<br><br>Further, in each Garmin device, the processing unit is adapted to create, in a memory unit (for example, another semiconductor chip), a series comprising successive time points from the time stamps because such data need to be created in memory in order for each Garmin device to perform various analyses and statistics calculations using saved data.  Memory is very common and inherent in smart devices.  For example, Garmin's Forerunner 245 Music edition uses at least SDRAM: Winbond W987D6HBGX6E as its memory, as shown below. |

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

(https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/)<br><br>In each Garmin device, the processing unit is also adapted to determine the period of the series (intervals), as exemplified below.<br><br><br><br>(https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |

14

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| Wherein the processing unit is adapted to determine the respiratory frequency on the basis of the period of the series. | In each Garmin device, the processing unit is adapted to determine the respiratory frequency (respiration/breath rate) on the basis of the period of the series (length of the time between pulses/heartbeats). Exemplary evidence is shown below.<br><br>How Does My Garmin Device Measure Respiration Rate?<br><br>From Firstbeat Analytics: "Each breath you take is coded into your heart rate variability (HRV). The length of time between consecutive heartbeats shortens slightly as you inhale and lengthens as you exhale. The term for this biological phenomenon is respiratory sinus arrhythmia (RSA).<br><br>The ability to analytically extract respiration rate from HRV data depends on accurate heartbeat data. The degree to which one's heart rate changes from one beat to the next can be a matter of milliseconds. Challenging monitoring conditions related to the performance of physical activity mean that the pinpoint accuracy needed for this analysis is only achievable using a chest strap type heart rate monitor."<br><br>(https://support.garmin.com/en-US/?faq=2yEgS0Pax53UDqUH7q4WC6) |

15

| Independent Claim 11 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  (https://www.garmin.com.sg/minisite/garmin-technology/health-science/; *see also* https://www.garmin.com.sg/minisite/garmin-technology/wearable-science/heart-rate/; https://www.garmin.com/en-US/garmin-technology/health-science/respiration-rate/) |