# EXHIBIT H

**Preliminary Infringement Claim Chart for U.S. Patent No. 11,018,432 ("432 Patent")**

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| 1. An assembly for an antenna operating in a slot mode, wherein the assembly comprises at least one circuit board of an electronic device, | Garmin markets and sells smart watches that each includes an assembly for an antenna operating in a slot mode, wherein each such assembly comprises at least one circuit board of an electronic device. As representative examples, Garmin fēnix Watches[1] include the features of claim 1. Exemplary evidence is shown below. https://www.garmin.com/en-US/p/552982 |

---

[1] For purposes of this chart, "fēnix Watches" broadly refers Garmin fēnix 5, 6, 7, and 8 series smartwatches and all model variants thereof (including, but not limited to Pro, Plus, Sapphire models), as well as all other Garmin watches with substantially similar features to the ones addressed herein.

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br>https://www.garmin.com/en-US/p/866191/<br><br>https://www.garmin.com/en-US/p/1228171/ |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

(https://forums.garmin.com/outdoor-recreation/outdoor-recreation/f/fenix-5-series/128211/antenna-design---fenix-5-5s-vs-5x-vs-chronos-vs-fenix-3)

Further, the assembly included in the Garmin fēnix Watches comprises at least one circuit board of an electronic device, as shown below.

**Garmin fēnix 5 / fēnix 5 Plus Watch:**

circuit board

(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)

**Garmin fēnix 6**:



circuit board

Around the board there are many holes with spring rods attached to one of them. The rods are GPS antenna contacts I think. In older models there were three springs on the board that touch the GPS antenna. However, on this design they're placed on different parts of the board and watch. Each rod touches a metal silver paper thin part on the bezel.

(http://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

5

**Garmin fēnix 7**:



circuit board

Garmin Fenix 7X Solar inside the casing.

(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

**Garmin fēnix 8**:



circuit board

https://device.report/m/f5aebe5545139da2645fcf2a15f7ed8de8ba3453177298e381c80f554ed1c2b1.pdf

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Garmin fēnix 8 – 55 mm, Solar**<br><br><br>circuit board<br><br>https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/ |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| a conductive body arranged at a distance from said at least one circuit board, | The assembly included in the Garmin fēnix Watches also comprises a conductive body arranged at a distance from said at least one circuit board, as shown below.<br><br>**Garmin fēnix 5 / fēnix 5 Plus Watch:**<br><br><br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/) |

9

**Garmin fēnix 6**:



conductive body arranged at a distance from said at least one circuit board



circuit board

(https://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



conductive body arranged at a distance from said at least one circuit board

Also around the bezel, there are lots of contact points. They must be GNSS antenna contacts. Yeah, it seems this watch has that Garmin's EXO antenna thing, too.



Garmin Fenix 7X Solar inside the casing.

(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

11

**Garmin fēnix 8**:



conductive body arranged at a distance from said at least one circuit board

Behind the bezel we have a newer and colourful gasket. It's a blue one with green part on top. I don't know why they preferred a colourful bezel but it definitely seems good. 😊 In the past it was red, later became blue and now it's transparent blue and green. Except that we have two connectors, larger one is for the display and the other is for the touchscreen and solar power thing. The display module is probably the same one being used since Fenix 6X model, 280 x 280 pixels reflective active matrix 1.39" 64 colours display, Sharp LS014B7DD01. Apparently there are not important upgrades in MIP display technology as everywhere AMOLED is being preferred more. So we have our old friend inside our newest watch.



circuit board

(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/)

12

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| and wherein at least one conductive rim structure on said at least one circuit board located along at least part of the periphery of said circuit board and said conductive body defines at least one slot mode antenna between themselves, |  conductive body<br><br>circuit board<br><br>conductive rim structure (located along at least part of the periphery of the circuit board and the conductive body) defines at least one slot mode antenna<br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/) |

13

**Garmin fēnix 6**:



conductive body

([https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/](https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/))

14

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | <br><br>**circuit board**<br><br>Around the board there are many holes with spring rods attached to one of them. The rods are GPS antenna contacts I think. In older models there were three springs on the board that touch the GPS antenna. However, on this design they're placed on different parts of the board and watch. Each rod touches a metal silver paper thin part on the bezel.<br><br>**conductive rim structure (located along at least part of the periphery of the circuit board and the conductive body) defines at least one slot mode antenna**<br><br>(http://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/) |

**Garmin fēnix 7**:

conductive body

Also around the bezel, there are lots of contact points. They must be GNSS antenna contacts. Yeah, it seems this watch has that Garmin's EXO antenna thing, too.

conductive rim structure (located along at least part of the periphery of the circuit board and the conductive body) defines at least one slot mode antenna

circuit board

Garmin Fenix 7X Solar inside the casing.

(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

16

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Garmin fēnix 8**:<br><br><br><br>(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/) |
| wherein the length of a slot mode antenna is defined between two connection points at which said conductive body is connected to said conductive rim, | The length of the slot mode antenna (in the **assembly included in the Garmin fēnix Watches is** defined between two connection points at which said conductive body is connected to said conductive rim, as shown below |

17

**Garmin fēnix 5 / fēnix 5 Plus Watch:**



(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)

**Garmin fēnix 6**:



(http://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



length of slot mode antenna

connection point

connection point

Garmin Fenix 7X Solar inside the casing.

(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

20

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | **Garmin fēnix 8**:<br><br><br><br>(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/) |
| and wherein between said connection points is located at least one feed element for coupling an electromagnetic signal from the slot mode antenna to said circuit board. | In the assembly included in the Garmin fēnix Watches, there is at least one feed element (labeled below) between the two connection points (shown above) for coupling an electromagnetic signal (EM waves) from the slot mode antenna to said circuit board. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | **Garmin fēnix 5 / fēnix 5 Plus Watch:**<br><br><br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)<br><br>It is well known that an antenna (such as the slot mode antenna in **the assembly included in the Garmin fēnix Watches receives an** electromagnetic signal (EM waves), and then an electric signal is produced and transmitted to the circuit board, resulting in "coupling an electromagnetic signal from the slot mode antenna to said circuit board." |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | As shown below, there various wireless communication (connectivity) modes for Garmin fēnix 5 / fēnix 5 Plus Watch, and there is a coupling an electromagnetic signal from the slot mode antenna to said circuit board. Upon information and belief, Garman fēnix 6, 7 and 8 Watches have substantially similar features.  (https://www.garmin.com/en-US/p/552982) (https://www.garmin.com/en-US/p/603267) |

**Garmin fēnix 6**:



connection point

length of slot mode antenna

feed element

connection point

Around the board there are many holes with spring rods attached to one of them. The rods are GPS antenna contacts I think. In older models there were three springs on the board that touch the GPS antenna. However, on this design they're placed on different parts of the board and watch. Each rod touches a metal silver paper thin part on the bezel.

(http://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



([https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/](https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/))

25



(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | **Garmin fēnix 8**:<br><br><br><br>length of slot mode antenna<br>connection point<br>feed element<br>connection point<br><br>([https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/](https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/)) |