# EXHIBIT I

**Preliminary Infringement Claim Chart for U.S. Patent No. 7,271,774 ("774 Patent")**

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| A wrist-wearable electronic device, comprising:<br>an outer housing defining an assembly zone, the outer housing being made at least partly of conductive material, | Garmin markets and sells wrist-wearable electronic devices that each includes an outer housing defining an assembly zone, the outer housing being made at least partly of conductive material. As representative examples, Garmin fēnix Watches[1] include the features of claim 1. Exemplary evidence is shown below.<br><br>[fēnix 5 Slate Gray with Black Band, PART NUMBER 010-01688-00, $499.99 USD, Case Size 42/47/51 MM, Sapphire Edition NO/YES, Maps NO/YES]<br><br>https://www.garmin.com/en-US/p/552982 |

---

[1] For purposes of this chart, "fēnix Watches" broadly refers Garmin fēnix 5, 6, 7, and 8 series smartwatches and all model variants thereof (including, but not limited to Pro, Plus, Sapphire models), as well as all other Garmin watches with substantially similar features to the ones addressed herein.

1

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | <br>https://www.garmin.com/en-US/p/603267<br><br>https://www.garmin.com/en-US/p/641479/ |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.garmin.com/en-US/p/866191/<br><br>https://www.garmin.com/en-US/p/1228171/ |

For instance, the Garmin fēnix 5 / fēnix 5 Plus Watch comprises an outer housing that defines an assembly zone, the outer housing being made at least partially of conductive material.

**Garmin fēnix 5 / fēnix 5 Plus:**



(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)

4

**Garmin fēnix 6**:



(https://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

5

**Garmin fēnix 7**:



(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

**Garmin fēnix 8**:



(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/)

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| a radio unit contained within the assembly zone, and | Further, each of the Garmin fēnix Watches comprises a radio unit contained within the assembly zone (defined by the outer housing). As non-limiting examples, in the representative teardown images shown below, the "radio unit" at least includes the RF chips in the shielded metal-capped areas on the PCB and conductive traces extending therefrom, including traces electrically interconnecting the pogo pins.<br><br>**Garmin fēnix 5 / fēnix 5 Plus:**<br><br>[image of Garmin fēnix watch teardown showing internal PCB and components]<br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/) |

**Garmin fēnix 6**:



(https://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

9

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Garmin fēnix 8**:<br><br>(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/)<br><br>Moreover, there are various wireless or radio communication functions for the Garmin fēnix 5 / fēnix 5 Plus Watch, as shown below. Each of these radio communications necessarily utilizes a radio unit. Upon information and belief, all fēnix models have the same or substantially similar features.<br><br>**Daily Smart Features**<br>CONNECTIVITY — Bluetooth® Smart, ANT+®, Wi-Fi® with sapphire editions<br><br>(https://www.garmin.com/en-US/p/552982)<br><br>**Daily Smart Features**<br>CONNECTIVITY — Bluetooth®, ANT+®, Wi-Fi®<br><br>(https://www.garmin.com/en-US/p/603267) |
| an integral slot antenna formed in the conductive material portion of the outer | For the Garmin fēnix Watches, the slot antenna is embedded into the bezel of the watch, making the "antenna formed in the conductive material portion of the outer housing" to satisfy the claims of the '744 Patent. *See, e.g.,* https://support.garmin.com/en-US/?faq=TrpV0Pp0Hp8lSOwDzDeBf8. In |

10

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| housing, the antenna being electrically connected to said radio unit, and | addition, the integral slot antenna is electrically connected to the radio unit via the electrical connection points.<br><br>**Garmin fēnix 5**:<br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/) |

Image callouts: "integral slot antenna (formed in the conductive material portion)"; "electrical connection points"

11

**Garmin fēnix 6:**



Labels: "integral slot antenna (formed in the conductive material portion)"; "electrical connection points"

(https://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

13

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | **Garmin fēnix 8**:(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/) |

14

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| a receiving device which receives through the slot antenna data provided by a peripheral device, the peripheral device being one of a vital function-sensitive transmitter, a motion-sensitive transmitter, a location-sensitive transmitter, and an environment sensor. | The Garmin fēnix 5 / fēnix 5 Plus Watch also comprises a receiving device which receives through the slot antenna data provided by a peripheral device. In the teardown images below, the "receiving device" is located on the main PCB beneath the metal shield. It at least includes one or more radio chips located there.<br><br>**Garmin fēnix 5**:<br>     receiving device<br><br>(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/) |

15

**Garmin fēnix 6**:



(https://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/)

**Garmin fēnix 7**:



(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

16

**Garmin fēnix 8**:



(https://www.f-blog.info/garmin-fenix-8-review-but-only-the-internals/)

As shown, the receiving device of the Garmin fēnix Watches can receive (through the slot antenna) data provided by a peripheral device[2] such as a "HRM-Pro Plus" heart rate monitor, a "Running Dynamics Pod," a "Cadence Sensor 2," or a "tempe" temperature sensor, as shown. *See, e.g.*, https://www.garmin.com/en-US/p/552982#accessories; https://www.garmin.com/en-US/p/603267#accessories.

The "HRM-Pro Plus" heart rate monitor is a vital function-sensitive transmitter, as shown below.



(https://www.garmin.com/en-US/p/pn/010-13118-00)

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | The "Running Dynamics Pod" is a motion-sensitive transmitter, as shown below.<br><br>(https://www.garmin.com/en-US/p/pn/010-12520-00)<br><br>The "Cadence Sensor 2" is another motion-sensitive transmitter, as shown below. |

---

[2] According to the claim language, "a peripheral device" is not part of the "wrist-wearable electronic device" claimed and need not be sold with each Garmin watch for an infringement finding of this claim.

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  | <br>(https://www.garmin.com/en-US/p/pn/010-12844-00)<br><br>The "tempe" temperature sensor is environment sensor, as shown below.<br><br>(https://www.garmin.com/en-US/p/pn/010-11092-30#overview) |

19