# EXHIBIT J

**Preliminary Infringement Claim Chart for U.S. Patent No. 10734731 ("the '731 Patent")**

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| **1[pre]**. An assembly for an antenna, wherein the assembly comprises ... | To the extent the preamble is deemed limiting, Garmin markets and sells smart watches having an assembly for an antenna as claimed. For example, certain Garmin watches include a bezel ring that surrounds the watch face. The bezel functions as at least part of the GPS antenna for the watch and is environmentally sealed during the manufacturing process. EXO™ antenna is Garmin's brand name for the bezel-integrated GNSS antenna on certain Garmin watches, include certain fēnix models. Garmin has described its EXO™ antenna as an antenna fully integrated into the metal bezel and as an omni-directional stainless-steel EXO™ antenna used for GPS/GLONASS reception. Upon information and belief, Garmin stopped branding its antenna as "EXO" after the fēnix 5 family, but the fēnix 6/7/8 still use a bezel-integrated GNSS antenna that's coupled to the main board with spring/pogo contacts. Reviewers/teardowns and FCC photos show those contacts. Garmin marketing for newer models focuses on "multi-GNSS / multi-band" instead of the EXO name. See https://support.garmin.com/en-US/?faq=TrpV0Pp0Hp8lSOwDzDeBf8. <br><br><br>https://www.garmin.com/en-US/p/552982 |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

https://www.garmin.com/en-US/p/603267

https://www.garmin.com/en-US/p/641479/

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  |

https://www.garmin.com/en-US/p/866191/

https://www.garmin.com/en-US/p/1228171/

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | <br>https://forums.garmin.com/outdoor-recreation/outdoor-recreation/f/fenix-5-series/128211/antenna-design---fenix-5-5s-vs-5x-vs-chronos-vs-fenix-3 |

4

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| **[1a]** at least one circuit board of an electronic device, | Each assembly includes at least one circuit board of an electronic device. Exemplary evidence is shown below.<br><br><br><br>circuit board<br><br>([https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/](https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)) |
| **[1b]** a conductive body arranged at a distance from said at least one circuit board, | The assembly included in the Garmin fēnix watches (*e.g.*, Garmin fēnix 5 / fēnix 5 Plus Watch) also comprises a conductive body arranged at a distance from said at least one circuit board, as shown below. |

5

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/ |
| **[1c]** and an element of said antenna which comprises multiple attachment points for at least one connecting member, and said at least one connecting member is coupled to only one of | What follows are example teardown images of various models of Garmin fēnix watches. Certain teardown images show features of Garmin's EXO™ antenna. Among other relevant features, the example teardown images reproduced below show a metal bezel (or a conductive ring near it) is used as part of the antenna and is coupled to the main PCB via spring-loaded contacts (pogo pins) placed around the perimeter. |

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| said multiple attachment points at a time, | **Garmin fēnix 5 Plus:**<br><br>The description of the accompanying teardown image below states, in pertinent part: "And those three (spring-loaded) metal rods jutting out of one side of the PCB are the connections to the front bezel, which also acts as the GPS antenna."<br><br><br><br>element of an antenna includes multiple attachment points for at least one connecting member. The connecting member is coupled to only one of the attachment points at a time. |

7

(https://www.edn.com/teardown-a-smartwatch-with-an-athletic-tradition/)

**Garmin fēnix 6**:



connecting member

attachment point having only one connecting member attached at a time

(same)

(same)

Around the board there are many holes with spring rods attached to one of them. The rods are GPS ==antenna== contacts I think. In older models there were three springs on the board that touch the GPS ==antenna==. However, on this design they're placed on different parts of the board and watch. Each rod touches a metal silver paper thin part on the bezel.

http://www.f-blog.info/garmin-fenix-6x-pro-disassembly-or-teardown-whatever-you-say/.

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
|  |  attachment point having only one connecting member attached at a time<br><br>https://www.ifixit.com/Guide/Garmin%2Bfenix%2B6X%2BSapphire%2BMotherboard%2BReplacement/148406 |

9

**Garmin fēnix 7**:

A non-destructive teardown of the 7X notes "lots of contact points… seems this watch has that Garmin's EXO antenna thing, too."



Also around the bezel, there are lots of contact points. They must be GNSS antenna contacts. Yeah, it seems this watch has that Garmin's EXO antenna thing, too.



connecting member

attachment point having only one connecting member attached at a time

Garmin Fenix 7X Solar inside the casing.

(https://www.f-blog.info/garmin-fenix-7x-solar-teardown-non-destructive/)

10

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| |  https://fcc.report/FCC-ID/IPH-A04112/5958134 |

**Garmin fēnix 8**:



https://device.report/m/f5aebe5545139da2645fcf2a15f7ed8de8ba3453177298e381c80f554ed1c2b1.pdf

| Independent Claim 1 | Infringement Analysis with Exemplary Infringement Evidence |
|---|---|
| | Other Garmin Smartwatches have similar features to the fēnix Watches depicted above. An example is shown below.<br><br>**MARQ (Gen 2)**<br><br><br><br>https://fccid.io/IPH-A4263/Internal-Photos/Internal-Photos-6835492 |

13

| [1d] wherein the assembly for the antenna is adjustable to suit different components by changing coupling of the at least one connecting member from one of said multiple attachment points to another. | The assembly for the antenna is adjustable to suit different components by changing coupling of the at least one connecting member from one of said multiple attachment points to another, as shown above in addressing limitation [1c]. More specifically, and by way of example, the presence of multiple, unused attachment points around the board edge, next to regions where pogo pins make contact, demonstrates that the assembly is designed to be adjustable: a pogo can be located to one of several alternative pads in that local cluster.<br><br>The following two example side-by-side images demonstrate an adjustable assembly for the antenna, at least in that the attachment points used for Model B03359 (on the left) are different from the attachment points used for Model A03559 (on the right).<br><br>**fēnix 6 - Model B03559[1]**    **fēnix 6 Pro/Sapphire - Model A03559[2]**<br> |

[1] https://fcc.report/FCC-ID/IPH-B03559/4338825.pdf.
[2] https://device.report/m/2d611c203f3f7f6841ca03659366cc9b31a4c6b38b5e0fc878b5a9da71e47af2.pdf.

**(zoomed in images)**

