IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SUUNTO OY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**GARMIN LTD.,**<br><br>*Defendant*. | Case No. 2:25-cv-00967-JRG<br><br>**JURY TRIAL DEMANDED** |
| **GARMIN LTD., GARMIN INTERNATIONAL, INC., GARMIN SWITZERLAND GMBH, and GARMIN JYVÄSKYLÄ OY,**<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>**SUUNTO OY and DONGGUAN LIESHENG ELECTRONIC TECHNOLOGY CO., LTD.,**<br><br>*Counterclaim-Defendants*. | |

**JOINT STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE
AS TO THE '432 PATENT CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Suunto Oy, Defendant and Counterclaim-Plaintiff Garmin Ltd., and Counterclaim-Plaintiffs Garmin International, Inc., Garmin Switzerland GmbH, and Garmin Jyväskylä Oy jointly file this stipulation dismissing with prejudice all claims and counterclaims relating to U.S. Patent No. 11,018,432 (the "'432 Patent"), with each party to bear its own costs and attorneys' fees related to that patent. This stipulation relates solely to the claims and counterclaims related to the '432

Patent. No other claims or counterclaims are affected by this stipulation.

Accordingly, the parties respectfully request that the Court enter the proposed order attached herewith dismissing with prejudice all claims and counterclaims relating to the '432 Patent, with each party to bear its own costs and attorneys' fees related to the claims and counterclaims concerning the '432 Patent.

Dated: January 16, 2026

/s/ Ari Rafilson
Mark Siegmund
TX Bar No. 24117055
msiegmund@cjsjlaw.com
Jack Shaw
CA Bar No. 309382
jshaw@cjsjlaw.com
William D. Ellerman
TX Bar No. 24007151
wellerman@cjsjlaw.com
Ari Rafilson
TX Bar No. 24060456
arafilson@cjsjlaw.com
Brett Mangrum
TX Bar No. 24065671
Bmangrum@CJSJLAW.com
Shuya "Grace" Yang
TX Bar No. 24144144
gyang@CJSJLAW.com

CHERRY JOHNSON SIEGMUND JAMES P.C.
7901 Fish Pond Rd, Second Floor,
Waco, TX 76710
Telephone: 254.732.2242
Facsimile: 866.627.3509

*Attorneys for Plaintiff and Counter-Defendant Suunto Oy*

*Attorneys for Counter-Defendant Dongguan Liesheng Electronic Technology Co. Ltd.*

/s/Nicholas Groombridge
Nicholas Groombridge
LEAD ATTORNEY
Jennifer H. Wu
Jenny C. Wu
Jennifer Rea Deneault
Scott E. Miller
Kyle N. Bersani
Alexander S. Evelson
GROOMBRIDGE, WU,
BAUGHMAN & STONE LLP 565 Fifth
Avenue, Suite 2900 New York, New York
10017 332-269-0030 (telephone)
nick.groombridge@groombridgewu.com
jennifer.wu@groombridgewu.com
jenny.wu@groombridgewu.com
jenna.deneault@groombridgewu.com
scott.miller@groombridgewu.com
kyle.bersani@groombridgewu.com
alexander.evelson@groombridgewu.com

*Of Counsel:*
Andrea L. Fair
State Bar No. 24078488
Garret Parish
State Bar No. 24125824
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
andrea@millerfairhenry.com
garrett@millerfairhenry.com

*Attorneys for the Defendant and Counterclaim-Plaintiffs*

3

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for the parties have conferred regarding this Motion and that no party opposes it.

*/s/ Ari Rafilson*
Ari Rafilson

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record have been served with a copy of the foregoing document via the court's CM/ECF system on January 16, 2026.

*/s/ Ari Rafilson*
Ari Rafilson
